David M. Stein
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Tel: 949-440-0231
Fax: 949-486-3686

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES and JANE DOE NOS. 1 through 33,

Plaintiff(s)

v.

MINDGEEK S.A.R.L. et al.,

Defendant(s).

CASE NUMBER

2:21-cv-04920-CBM-AFM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bowe, Michael J.                                                of

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-209-4800                  212-209-4801

*Telephone Number*        *Fax Number*

mbowe@brownrudnick.com

*E-Mail Address*

BROWN RUDNICK LLP
7 Times Square
New York, New York 10036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

SERENA FLEITES and JANE DOE NOS. 1 through 33

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Stein, David M.                                                of

*Designee's Name (Last Name, First Name & Middle Initial)*

198256          949-440-0231          949-486-3686

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

dstein@brownrudnick.com

*E-Mail Address*

BROWN RUDNICK LLP
2211 Michelson Drive
7th Floor
Irvine, CA 92612

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____                    _____
                                                          **U.S. District Judge/U.S. Magistrate Judge**