David M. Stein
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Tel: 949-440-0231
Fax: 949-486-3686

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES and JANE DOE NOS. 1 through 33,

       Plaintiff(s)

v.

MINDGEEK S.A.R.L. et al.,

       Defendant(s).

CASE NUMBER

2:21-cv-04920-CBM-AFM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tabaksblat, Lauren
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-209-4800
*Telephone Number*

212-209-4801
*Fax Number*

ltabaksblat@brownrudnick.com
*E-Mail Address*

BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
SERENA FLEITES and JANE DOE NOS. 1 through 33

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Stein, David M.
*Designee's Name (Last Name, First Name & Middle Initial)*

198256
*Designee's Cal. Bar No.*

949-440-0231
*Telephone Number*

949-486-3686
*Fax Number*

dstein@brownrudnick.com
*E-Mail Address*

BROWN RUDNICK LLP
2211 Michelson Drive
7th Floor
Irvine, CA 92612
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge