| Attorney or Party without Attorney: <br> David M. Stein (#198256) <br> BROWN RUDNICK LLP <br> 2211 MICHELSON DRIVE 7TH FLOOR <br> IRVINE , CA 92612 <br> Telephone No: 949-752-7100 <br><br> Attorney For: Plaintiff | | Ref. No. or File No.: <br> 036358.0001 | For Court Use Only |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court for the Central District of California | | | |
| Plaintiff: SERENA FLEITES and JANE DOE NOS. 1 through 33 <br> Defendant: MINDGEEK S.A.R.L., et al. | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 21-cv-04920-CJC (ADSx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Granting Plaintiffs' Motion for Leave to Proceed Under a Pseudonym; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Plaintiffs' Notice of Pendency of Other Actions or Proceedings; Plaintiffs' Notice of Related Case; Notice of Assignment to United States Judges

3. a. Party served: MINDGEEK S.A.R.L.
   b. Person served: John Montijo, Intake Specialist, CT Corporation System, Registered Agent
      Authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 330 N. Brand Blvd Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jul 09 2021 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110
   
   d. **The Fee** for Service was: $317.38

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

07/12/2021
(Date)            (Signature)



PROOF OF SERVICE

5873584
(11677554)