BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br>Courtroom: 9B<br><br>**UNOPPOSED JOINT MOTION FOR ENTRY OF STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**<br><br>Date: August 23, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek Defendants") and Defendants Bernd Bergmair, Feras Antoon, David Tassillo and Corey Urman (collectively "Individual Defendants"), and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, all by and through their counsel jointly move for an Order entering the Proposed Stipulation to Set Time to Respond to Initial Complaint and Expand Page Limits (the "Stipulation"), enclosed herein as Exhibit A.  Pursuant to L.R. 7-3, MindGeek Defendants, Individual Defendants and Plaintiffs have conferred with the remaining Defendants regarding this motion and related Stipulation, and no party opposes the requested relief or will be filing any response.  In support of its motion, MindGeek Defendants, Individual Defendants and Plaintiffs aver the following:

1. The Complaint initiating this action was filed on June 17, 2021. [Dkt. 1].  On July 9, 2021, Plaintiffs effected service on MindGeek USA Inc.  Therefore, pursuant to Fed. R. Civ. P. 12(a)(1), MindGeek USA Inc. must file a responsive pleading by July 30, 2021.

2. To date, the six remaining MindGeek Defendants, five of which are foreign citizens, have not yet been served.  For the foreign defendants, Plaintiffs are required to effect service pursuant to the Hague Service Convention, a process which is likely to cause significant delay and expense.

3. In the interest of judicial economy, and in order to relieve Plaintiffs of the efforts required to comply with the Hague Service Convention, the unserved MindGeek Defendants have agreed to waive service, reserving all defenses or objections to the lawsuit (including lack of personal jurisdiction), except as to service or the absence of service.

4. On July 23, 2021, Plaintiffs sent Individual Defendants requests to waive service of the Summons and Complaint, pursuant to Fed. R. Civ. P. 4(d)(1).  The Individual Defendants, who are foreign citizens residing outside the United States,

1  intend to waive service, pursuant to Rule 4(d)(1) and (3).  Following such waiver, Individual Defendants' deadline to respond to the Complaint would be October 21, 2021, pursuant to Rule 4(d)(3), since the requests to waive service were sent to them outside any judicial district of the United States.  By waiving service pursuant to Rule 4(d) and by entering the instant stipulation, Individual Defendants expressly reserve all defenses or objections to this lawsuit (including lack of personal jurisdiction) except as to service or the absence of service.

5. In order to provide adequate time for the MindGeek Defendants and Individual Defendants to respond to Plaintiffs' lengthy Complaint, the parties hereto have agreed to a modified briefing schedule.  The Stipulation would provide MindGeek Defendants 90 days from the date of their request to Plaintiffs on July 19, 2021, to file a responsive pleading.  (*See* Ex. A at 2).  The Stipulation would require Individual Defendants to respond in slightly less than 90 days from the date that Plaintiffs sent waiver requests under Rule 4(d)(1). Plaintiffs' deadline to respond to any motion filed as to the Complaint would be extended to 35 days, and MindGeek Defendants and Individual Defendants would be given 28 days to submit any reply in support of such motion.  (*Id*.).  The Stipulation also expands the page limit for any motion submitted under Federal Rule of Civil Procedure 12 and any response thereto to fifty (50) pages.  (*Id*.).

6. Good cause exists to grant the parties' jointly requested relief. Plaintiffs' Complaint is brought on behalf of 34 Plaintiffs, spans more than 175 pages, and contains 644 numbered paragraphs.  The Complaint includes 19 separate counts, brought on behalf of varying combinations of the 34 Plaintiffs.  These claims implicate complex factual and legal issues under both federal and state law and warrant additional time and space for the parties to brief these issues.

7. Further, the Stipulation would prevent the confusion, delay, and judicial waste associated with piecemeal litigation.  As stated above, only MindGeek USA Inc. has been served or has a current responsive pleading deadline.  The remainder of

the MindGeek Defendants, most of whom must be served through the Hague Service Convention, could be reasonably expected to receive proper service on a rolling basis, generating a unique briefing schedule for each Defendant. Similarly, in the absence of the Stipulation, Individual Defendants would have different response deadlines than the MindGeek Defendants. Instead, the Stipulation would allow for contemporaneous briefing by all of the MindGeek Defendants, as well as Individual Defendants and afford a more efficient process for the Court to consider these issues. The requested relief is therefore in the interest of both the parties hereto and the Court.

**WHEREFORE**, MindGeek Defendants, Individual Defendants and Plaintiffs respectfully requests that this Court:

    A. Grant this Unopposed Joint Motion for Entry of Stipulation to Set the MindGeek Defendants' and Individual Defendants' Time to Respond to Initial Complaint and Expand Page Limits;

    B. Enter the agreed-upon Proposed Stipulation as the operative scheduling order in this matter; and

    C. Grant such other and further relief as justice and equity may require.

| | |
|---|---|
| DATED: JULY 23, 2021 | RESPECTFULLY SUBMITTED, |
| | /s/   *David M. Stein*<br>DAVID M. STEIN (198256)<br>dstein@brownrudnick.com<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA 92612<br>Phone: (949) 752-7100<br>Fax: (949) 252-1514<br>*Attorney for Plaintiffs* |
| | /s/   *Benjamin M. Sadun*<br>BENJAMIN M. SADUN (287533)<br>benjamin.sadun@dechert.com<br>DECHERT LLP<br>US Bank Tower, 633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071-2013<br>Phone: (213) 808-5721<br>Fax: (213) 808-5760 |
| | KATHLEEN N. MASSEY (*pro hac vice*)<br>Kathleen.massey@dechert.com<br>MARK S. CHEFFO (*pro hac vice forthcoming*)<br>mark.cheffo@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 698-3500<br>Fax: (212) 698 3599<br>*Attorneys for MindGeek Defendants* |
| | /s/   *Jonathan S. Sack*<br>JONATHAN S. SACK (*pro hac vice forthcoming*)<br>Jsack@maglaw.com<br>MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC |

565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514
*Attorney for David Tassillo*

　　/s/　　Ronald G. White
RONALD G. WHITE (*pro hac vice forthcoming*)
rwhite@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Tel: (212) 468-8016
Fax: (212) 468-7900
*Attorney for Defendant Bernd Bergmair*

　　/s/　　Jason Brown
JASON BROWN (*pro hac vice forthcoming*)
jbrown@cohengresser.com
COHEN & GRESSER LLP
800 Third Ave
New York, New York 10022
Tel: (212) 957-7609
*Attorney for Defendant Feras Antoon*

　　/s/　　Peter Chavkin
PETER CHAVKIN (*pro hac vice forthcoming*)
PAChavkin@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
666 Third Avenue,
New York, NY 10017
Tel: (212) 692-6231
*Attorney for Defendant Corey Urman*

1 | ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

2 | This certifies pursuant to local rule 5-4.3.4, that all signatories to this

3 | document concur in its content and have authorized this filing.

4

5 |                */s/ Benjamin M. Sadun*
               BENJAMIN M. SADUN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>      Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**<br><br>Date: August 23, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek Defendants"), by and through their counsel, and Defendants Bernd Bergmair, Feras Antoon, David Tassillo and Corey Urman (collectively "Individual Defendants") by and through their counsel, and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, by and through their counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs' Complaint in *Serena Fleites, et al. v. MindGeek S.à.r.l., et al.*, Case No. 2:21-cv-04920-CJC-ADS, was filed in the United States District Court, Central District of California on June 17, 2021 (ECF No. 1);

1     **WHEREAS**, Defendant MindGeek USA Inc. was served with the Complaint
2 on July 9, 2021;

3     **WHEREAS**, Defendant MindGeek USA Inc.'s response would be due on July
4 30, 2021;

5     **WHEREAS**, Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Premium
6 Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc.
7 have not yet been served with the Complaint;

8     **WHEREAS**, by this stipulation, Defendants MindGeek S.à.r.l., MG Freesites
9 Ltd, MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and
10 TrafficJunky Inc. waive service of the Complaint, without waiving any defenses
11 except as to service;

12     **WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(l)(A)(ii), the
13 deadline for Defendant RK Holdings USA Inc. to answer or otherwise respond is
14 September 17, 2021;

15     **WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(l)(A)(ii), the
16 deadline for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Premium Ltd, MG
17 Global Entertainment Inc., and TrafficJunky Inc. to answer or otherwise respond is
18 October 18, 2021;

19     **WHEREAS**, pursuant to Federal Rule of Civil Procedure 4(d)(1), Plaintiffs
20 sent Individual Defendants requests to waive service of the Summons and Complaint
21 on July 23, 2021;

22     **WHEREAS**, pursuant to Federal Rule of Civil Procedure 4(d)(1) and (3),
23 Individual Defendants intend to waive service of the Summons and Complaint;

24     **WHEREAS**, pursuant to Federal Rule of Civil Procedure 4(d)(3), following
25 such waiver, the deadline for Individual Defendants to answer or otherwise respond
26 would be October 21, 2021, since they are foreign citizens residing outside the United
27 States and the waiver request was sent to them outside any judicial district of the
28 United States;

**WHEREAS**, in order to avoid piecemeal litigation, the parties hereto desire to set the following deadlines:

- MindGeek Defendants and Individual Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before **October 18, 2021**;
- Plaintiffs must respond to any motion filed as to the Complaint on or before **November 22, 2021**,
- MindGeek Defendants and Individual Defendants must submit any reply in support of such motion on or before **December 20, 2021**;

**WHEREAS**, the Complaint is brought on behalf of 34 Plaintiffs, contains 644 numbered paragraphs, and includes 19 separate counts, the parties hereto agree that there is good cause to expand the page limit for any motion submitted under Federal Rule of Civil Procedure 12 and any response thereto to fifty (50) pages;

**WHEREAS**, the parties have not previously requested an extension of time to answer or otherwise respond to Plaintiffs' Complaint or an expansion of page limits;

**WHEREAS**, by waiving service and by entering into this stipulation, MindGeek Defendants and Individual Defendants expressly reserve all defenses or objections to the lawsuit (including lack of personal jurisdiction), except as to service or the absence of service;

**NOW THEREFORE**, the parties hereto hereby STIPULATE and AGREE that the schedule under which the MindGeek Defendants and Individual Defendants shall file their answers or otherwise respond to Plaintiffs' Complaint shall be as follows, unless a subsequent order of the Court extends or has the effect of further extending the time for MindGeek Defendants and Individual Defendants to answer or otherwise respond to the Complaint:

- MindGeek Defendants and Individual Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before **October 18, 2021**;

- Plaintiffs' must respond to any motion filed as to the Complaint on or before **November 22, 2021**,
- MindGeek Defendants and Individual Defendants must submit any reply in support of such motion on or before **December 20, 2021**;

The parties hereto further **STIPULATE** and **AGREE** that the page limit for any motion submitted under Federal Rule of Civil Procedure 12 and any response thereto shall be expanded to fifty (50) pages.

Dated: July 23, 2021

/s/    *David M. Stein*
DAVID M. STEIN (198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Phone: (949) 752-7100
Fax: (949) 252-1514

Dated: July 23, 2021

/s/    *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

Dated: July 23, 2021

/s/    *Jonathan S. Sack*
JONATHAN S. SACK (*pro hac vice forthcoming*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514

| | |
|---|---|
| Dated: July 23, 2021 | /s/ *Ronald G. White* <br> RONALD G. WHITE (*pro hac vice forthcoming*) <br> rwhite@mofo.com <br> MORRISON & FOERSTER LLP <br> 250 West 55th Street <br> New York, New York 10019 <br> Tel: (212) 468-8016 <br> Fax: (212) 468-7900 |
| Dated: July 23, 2021 | /s/ *Jason Brown* <br> JASON BROWN (*pro hac vice forthcoming*) <br> jbrown@cohengresser.com <br> COHEN & GRESSER LLP <br> 800 Third Ave <br> New York, New York 10022 <br> Tel: (212) 957-7609 |
| Dated: July 23, 2021 | /s/ Peter Chavkin <br> PETER CHAVKIN (pro hac vice forthcoming) <br> PAChavkin@mintz.com <br> MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. <br> 666 Third Avenue, <br> New York, NY 10017 <br> Tel: (212) 692-6231 |