BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**<br><br>Date: August 23, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1  The Joint Motion for Entry of Stipulation to Set Time to Respond to Initial Complaint and Expand Page Limits ("Joint Motion"), was filed by Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek Defendants"), Defendants Bernd Bergmair, Feras Antoon, David Tassillo and Corey Urman (collectively "Individual Defendants"), and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, was filed on July 23, 2021. No opposition is anticipated. Having considered all papers filed in support of the Joint Motion, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED** and the Proposed Stipulation To Set Time To Respond To Initial Complaint and Expand Page Limits is **APPROVED**.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          Honorable Cormac J. Carney