```
1  DREW TULUMELLO (#196484)
   drew.tulumello@weil.com
2  WEIL, GOTSHAL & MANGES LLP
3  2001 M Street NW, Suite 600
   Washington, DC 20036
4  Tel: 202 682 7000
5  Fax: 202 857 0940
6
   Attorney for Defendant Visa, Inc.
7
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10,<br><br>Defendants. | Case No. 2:21-CV-04920-CJC-ADS<br><br>**NOTICE OF LODGING OF PROPOSED ORDER TO SET TIME FOR VISA, INC. TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**<br><br>Date of Filing: 8/11/2021<br><br>Hon. Cormac J. Carney |

Pursuant to the email correspondence received from the Courtroom Deputy on August 10, 2021 regarding a proposed order to accompany the Unopposed Joint Motion for Entry of Stipulation to Set Time For Visa, Inc. to Respond to Initial Complaint and Expand Page Limits [Dkt. No. 34], and pursuant to Local Rule 5-4.4.1, Defendant Visa, Inc. hereby lodges the attached Proposed Order.

Dated:  August 11, 2021                WEIL, GOTSHAL & MANGES LLP

By:  */s/ Drew Tulumello*
    Drew Tulumello

2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorney for Defendant Visa, Inc.*