Dan Marmalefsky
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Fleites, et al.<br><br>v.<br><br>MindGeek, S.A.R.L., et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-04920-CJC-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
|---|---|

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Ronald G. White                                                                                                  of    Morrison & Foerster LLP
_____                                                                      250 West 55th Street
*Applicant's Name (Last Name, First Name & Middle Initial*                                                             New York, NY 10019
212-468-8016              212-468-7900
_____   _____
*Telephone Number*        *Fax Number*
rwhite@mofo.com
_____
*E-Mail Address*                                                                                                       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Bernd Bergmair
_____
*Name(s) of Party(ies) Represent*             ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

Dan Marmalefsky                                                                                                  of    Morrison & Foerster LLP
_____                                                                      707 Wilshire Boulevard, Suite 6000
*Designee's Name (Last Name, First Name & Middle Initial*                                                              Los Angeles, CA 90017
                                          (213)
95477                     (213) 892-5809    892-5454
_____   _____
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*
danmarmalefsky@mofo.com
_____
*E-Mail Address*                                                                                                       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:    ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
             ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: August ___, 2021
                                                                                          _____
                                                                                          U.S. District Judge/U.S. Magistrate Judge