Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
Danielle A. D'Aquila
(admitted *pro hac vice*)
ddaquila@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10.<br><br>Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Federal Rules of Civil Procedure 16(b) and 26(f), Plaintiffs Serena
2  Fleites and Jane Doe Nos. 1 through 33 (collectively, the "Plaintiffs"), hereby request
3  that this Court schedule a Case Management Conference requiring all Parties to appear
4  or, in the alternative, inform the Parties of a date upon which the Court will issue a
5  scheduling order pursuant to Rule 16(b).[1]

6  On June 17, 2021, Plaintiffs filed their complaint against MindGeek S.a.r.l.; MG
7  Freesites, Ltd. d/b/a Pornhub ("Pornhub"); MindGeek USA Incorporated ("MindGeek
8  USA"); MG Premium Ltd.; RK Holdings USA Inc.; MG Global Entertainment Inc.;
9  TrafficJunky Inc. d/b/a Trafficjunky.com (collectively "MindGeek"); Bernd
10 Bergmair; Feras Antoon; David Tassillo; Corey Urman (collectively the "Individual
11 Defendants"); Bernd Bergmair Does 1-10; and Colbeck Capital Management LLC
12 Does 1-10 (MindGeek together with the Individual Defendants, Bergmair Does 1-10,
13 and Colbeck Capital Does 1-10, the "MindGeek Defendants"); and Visa Inc. ("Visa")
14 (collectively, the "Defendants"). [Dkt. 1].

15 On July 9, 2021, MindGeek USA was served with the Summons and Complaint.
16 [Dkts. 24, 26]. Also on July 9, 2021, Visa waived service of the Summons and
17 acknowledged receipt of the complaint. [Dkt. 23].

18 On July 23, 2021, Plaintiffs, MindGeek, and the Individual Defendants jointly
19 moved for entry of stipulation extending the time to respond to the complaint until
20 October 18, 2021 and to exceed page limits.[2] [Dkt. 27]. The joint motion was executed
21 by counsel for each party and filed with the Court by counsel for MindGeek. [*Id.*]. The

---

[1] Defendants do not consent to this request.

[2] Defendants' response to Plaintiffs' Complaint is due on or before October 18, 2021; Plaintiffs' response to any such motion is due on or before November 22, 2021; and Defendants' reply in support of such motion is due on or before December 20, 2021. [Dkts. 27, 34]. On August 10, 2021, Visa filed an unopposed motion for entry of a stipulation to set time for Visa to respond to the complaint and expand page limits [Dkt. 34], which the Court granted on August 11, 2021 [Dkt. 37].

1 Court entered the Order Granting Joint Motion for Entry of Stipulation to Set Time to
2 Respond to Initial Complaint and Expand Page Limits on July 26, 2021 [Dkt. 30].

3     Also on July 23, 2021, Pornhub, MG Premium Ltd., RK Holdings USA Inc.,
4 MG Global Entertainment Inc., and TrafficJunky Inc. d/b/a Trafficjunky.com waived
5 service. [Dkt. 27].

6     Each individual defendant also waived service. Mr. Antoon waived service on
7 July 26, 2021. [Dkt. 28]. Mr. Tassillo waived service on July 26, 2021. [Dkt. 29]. Mr.
8 Bergmair waived service on July 27, 2021. [Dkt. 32]. And Mr. Urman waived service
9 on July 28, 2021. [Dkt. 33].

10     Accordingly, Plaintiffs respectfully request that this Court set a Case
11 Management Conference requiring all Parties to appear, or in the alternative, inform
12 the Parties of a date upon which the Court will issue a scheduling order pursuant to
13 Rule 16(b) establishing dates for the completion of discovery, the filing of motions,
14 pretrial conference, and trial.

16 DATED: October 4, 2021     Respectfully submitted,
    BROWN RUDNICK LLP

19 By: */s/ Michael J. Bowe*
    Michael J. Bowe
20     (Admitted *Pro Hac Vice*)

    *Attorneys for Plaintiffs*