Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
Danielle A. D'Aquila
(admitted *pro hac vice*)
ddaquila@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10.<br><br>Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**NOTICE OF LODGING OF PROPOSED ORDER GRANTING PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Date of Filing: 10/5/2021<br><br>Hon. Cormac J. Carney |

1  Pursuant to the email correspondence received from the Courtroom Deputy on
2  October 5, 2021 regarding a proposed order to accompany Plaintiffs' Request for
3  Conference [Dkt. No. 41], and pursuant to Local Rule 5-4.4.1, Plaintiffs hereby
4  lodge the attached Proposed Order.

6  DATED:  October 5, 2021          Respectfully submitted,
                                    BROWN RUDNICK LLP

                                    By: */s/ Michael J. Bowe*
                                        Michael J. Bowe
                                        (Admitted *Pro Hac Vice*)

                                        *Attorneys for Plaintiffs*