# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites et al | **CASE NUMBER:** |
| PLAINTIFF(S) | 2:21-cv-04920-CJC-ADS |
| v. | |
| MindGeek S.A.R.L. et al | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |
| DEFENDANT(S) | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| October 12, 2021 | 46, 47, 48 | Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice |

**ERRORS WITH DOCUMENT**

- ☐ Document submitted in wrong case.
- ☐ Incorrect document attached to the docket entry.
- ☐ Incorrect event selected.  Correct event is "Appear Pro Hac Vice (G-64 or pleading)."
- ☐ Hearing date set, but no hearing required.
- ☐ Superseded version of Form G-64 used.
- ☐ Local Rule 5-4.3.4 — Application not hand-signed.
- ☐ Local Rule 5-4.4.2 — WordPerfect or Word copy of the proposed order not emailed to the assigned judge's generic chambers email address.
- ☐ Local Rule 83-2.1.3.2(a) — Applicant resides in California.
- ☐ Local Rule 83-2.1.3.3(a) — Application not complete: state and/or federal courts to which the applicant has been admitted are not listed.
- ☐ Local Rule 83-2.1.3.3(b) — Proposed order not attached.
- ☐ Local Rule 83-2.1.3.3(c) — $500 fee not paid.
- ☐ Local Rule 83-2.1.3.3(d) — Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted.
- ☐ Local Rule 83-2.1.3.3(d) — Attached Certificate of Good Standing not issued within 30 days prior to filing of the application.
- ☐ Local Rule 83-2.1.3.4 — Local counsel does not maintain "an office within the District for the practice of law, in which the attorney is physically present on a regular basis to conduct business."
- ☑ Other: Case information is incomplete.  DJ and MJ initials missing on application and proposed order.  Local counsel's address missing on proposed order.

Note:  In response to this notice, the Court may:  1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 12, 2021                                    By: Lupe_Thrasher@cacd.uscourts.gov
                                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.