Name and address:

WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al. | CASE NUMBER |
| Plaintiff(s), | 2:21-cv-04920-CJC-ADS |
| v. | |
| MindGeek S.A.R.L., et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s), | ***PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED.*** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. ***Out-of-state federal government attorneys are not required to pay the $500 fee.*** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Brown, S. Jason
*Applicant's Name (Last Name, First Name & Middle Initial)*        check here if federal government attorney ☐

Cohen & Gresser LLP
*Firm/Agency Name*

800 Third Avenue          (212) 957-7609              (212) 957-4514
                          *Telephone Number*          *Fax Number*
*Street Address*

New York, NY 10022                    jbrown@cohengresser.com
*City, State, Zip Code*               *E-mail Address*

**I have been retained to represent the following parties:**

Feras Antoon             ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
                         ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York State | 7/27/1988 | Yes |
| Southern District of New York | 3/1989 | Yes |
| Eastern District of New York | 2/28/1989 | Yes |

G-64 (09/20)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*        Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 10/13/2021

S. Jason Brown
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

David W. Wiechert
*Designee's Name (Last Name, First Name & Middle Initial)*

Wiechert, Munk & Goldstein, PC
*Firm/Agency Name*

27136 Paseo Espada
Suite B1123
*Street Address*

San Juan Capistrano, CA 92675
*City, State, Zip Code*

(949) 361-2822
*Telephone Number*

(949) 361-5722
*Fax Number*

dwiechert@aol.com
*Email Address*

94607
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 10/14/21

David W. Wiechert
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Northern District of New York - Admitted 1/2/2020 - Active member in good standing
Second Circuit Court of Appeals - Admitted 9/1991 - Inactive and in process of seeking renewal



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Maria T. Fasulo, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### S. Jason Brown

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 27, 1988**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 6, 2021.

*Maria T. Fasulo*

Acting Clerk of the Court

CertID-00034978



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
Presiding Justice

**MARIA T. FASULO**
Acting Clerk of the Court

**DARRELL M. JOSEPH**
Deputy Clerks

**KENNETH BAND**
**MELISSA KRAKOWSKI**
**WENDY STYNES**
Associate Deputy Clerks

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Acting Clerk of the Court

Revised August 2021