Name and address:
WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al. | **CASE NUMBER** |
| Plaintiff(s) | 2:21-cv-4920-CJC-ADS |
| v. | |
| MindGeek S.A.R.L., et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Brown, S. Jason   of   Cohen & Gresser LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   800 Third Avenue
(212) 957-7609   (212) 957-4514   New York, NY 10022
*Telephone Number*   *Fax Number*
jbrown@cohengresser.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Feras Antoon

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

and designating as Local Counsel
Wiechert, David W.   of   WIECHERT, MUNK & GOLDSTEIN, PC
*Designee's Name (Last Name, First Name & Middle Initial)*   27136 Paseo Espada, Suite B1123
94607   (949) 361-2822   (949) 361-5722   San Juan Capistrano, CA 92675
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
dwiechert@aol.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1