BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br>Courtroom: 9B<br><br>**JOINT MOTION FOR ENTRY OF STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Date: November 15, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

CASE NO. 21-CV-04920-CJC-ADS
**JOINT MOTION FOR ENTRY OF STIPULATION**

Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc., Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman and Visa Inc. (collectively "Defendants"), and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, all by and through their counsel jointly move for an Order entering the Proposed Stipulation to Set Time to Respond to Initial Complaint, enclosed herein as Exhibit A. In support of its motion, the Parties aver the following:

1. The Complaint initiating this action was filed on June 17, 2021. [Dkt. 1]. On July 26, 2021, the Court approved and entered a proposed stipulated schedule which provides that MindGeek Defendants and Individual Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before October 18, 2021. [Dkt. 31.] The Court approved a similar stipulation setting the same deadlines as to Defendant Visa Inc. on August 11, 2021. [Dkt. 36.]

2. The Parties request a short two-day extension of time for Defendants to answer or otherwise respond to Plaintiffs' Complaint. Defendants' new deadline to respond to the Complaint would be October 20, 2021. All subsequent deadlines would also move back two days so no time-period for response would be shortened.

3. Good cause exists to grant the Parties' requested relief. Plaintiffs' Complaint is brought on behalf of 34 Plaintiffs, spans more than 175 pages, and contains 644 numbered paragraphs. The Complaint includes 19 separate counts, brought on behalf of varying combinations of the 34 Plaintiffs. These claims implicate complex factual and legal issues under both federal and state law. While Defendants have worked diligently in preparing their respective motions to dismiss, Defendants believe the requested two-day extension of time will enable them to better and more clearly present their arguments to the Court. Plaintiffs agreed to Defendants' request for a short two-day extension and all Parties now move for this requested extension of time.

**WHEREFORE**, the Parties respectfully requests that this Court:

A. Grant this Unopposed Joint Motion for Entry of Stipulation to Set the Defendants' Time to Respond to Initial Complaint;

B. Enter the agreed-upon Proposed Stipulation as the operative scheduling order in this matter; and

C. Grant such other and further relief as justice and equity may require.

DATED: OCTOBER 16, 2021    RESPECTFULLY SUBMITTED,

   /s/    Michael J. Bowe
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

*Attorney for Plaintiffs*

   /s/    Benjamin M. Sadun
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
Kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500

Fax: (212) 698 3599
*Attorneys for MindGeek Defendants*

   /s/   *Jonathan S. Sack*
JONATHAN S. SACK (*pro hac vice application pending*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514
*Attorney for David Tassillo*

   /s/   *Ronald G. White*
RONALD G. WHITE (*pro hac vice*)
rwhite@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Tel: (212) 468-8016
Fax: (212) 468-7900
*Attorney for Defendant Bernd Bergmair*

   /s/   *Jason Brown*
JASON BROWN (*pro hac vice application pending*)
jbrown@cohengresser.com
COHEN & GRESSER LLP
800 Third Ave
New York, New York 10022
Tel: (212) 957-7609
*Attorney for Defendant Feras Antoon*

   /s/   *Evan Nadel*
EVAN NADEL (213230)
ENadel@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
666 Third Avenue,

|   |   |
|---|---|
| 1 | New York, NY 10017 |
| 2 | Tel: (212) 692-6821 |
| 3 | *Attorney for Defendant Feras Antoon* |
| 4 |     /s/   *Drew Tulumello* |
| 5 | DREW TULUMELLO (196484) |
|   | drew.tulumello@weil.com |
| 6 | WEIL, GOTSHAL & MANGES LLP |
| 7 | 2001 M Street NW, Suite 600 |
|   | Washington, DC 20036 |
| 8 | Tel: 202 682 7000 |
|   | Fax: 202 857 0940 |
| 9 | *Attorney for Defendant Visa, Inc.* |

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

       */s/ Benjamin M. Sadun*
       BENJAMIN M. SADUN