|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>   Plaintiffs,<br><br>   v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>   Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Date: November 15, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1   The Joint Motion for Entry of Stipulation to Set Time to Respond to Initial Complaint ("Joint Motion"), was filed by MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc., Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman and Visa Inc. (collectively "Defendants"), and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, on October 16, 2021.  All Parties joined this motion.  Having considered all papers filed in support of the Joint Motion, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED** and the Proposed Stipulation To Set Time To Respond To Initial Complaint is **APPROVED**.

**IT IS SO ORDERED.**

Dated: October 18, 2021

_____
Honorable Cormac J. Carney

CASE NO. 21-CV-04920-CJC-ADS
**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION**