| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10,<br><br>Defendants. | Case No. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING VISA'S MOTION TO DISMISS**<br><br>Date: January 10, 2022<br>Time: 1:30 p.m. |

[PROPOSED] ORDER GRANTING VISA INC.'S MOTION TO DISMISS   CASE NO. 2:21-CV-04920-CJC-ADS

1  Defendant Visa, Inc.'s Motion to Dismiss for Lack of Subject-Matter
2  Jurisdiction and Failure to State a Claim ("Visa's Motion to Dismiss") came before
3  this Court for hearing on January 10, 2022. Having considered the papers and
4  arguments of counsel submitted in connection with Visa's Motion to Dismiss, and
5  finding good cause appearing, IT IS HEREBY ORDERED that:
6      Visa's Motion to Dismiss is GRANTED; and
7      Plaintiffs' claims against Visa in their Complaint are DISMISSED WITH
8  PREJUDICE.

Dated: _____  _____
                                    HONORABLE CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE