# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al.<br><br>v.<br><br>MindGeek S.A.R.L., et al.<br><br>Plaintiff(s)<br>Defendant(s). | **CASE NUMBER**<br>2:21-cv-4920-CJC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Brown, S. Jason    of    Cohen & Gresser LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    800 Third Avenue
(212) 957-7609    (212) 957-4514    New York, NY 10022
*Telephone Number*    *Fax Number*
jbrown@cohengresser.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Feras Antoon

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: ___

and designating as Local Counsel

Wiechert, David W.    of    WIECHERT, MUNK & GOLDSTEIN, PC
*Designee's Name (Last Name, First Name & Middle Initial)*    27136 Paseo Espada, Suite B1123
94607    (949) 361-2822    (949) 361-5722    San Juan Capistrano, CA 92675
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
dwiechert@aol.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated  October 20, 2021    _____
                           U.S. District Judge

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1