Name and address:
Kathryn L. Ignash (SBN 299694)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES, ET AL.,

v.                                                            Plaintiff(s)

MINDGEEK S.A.R.L., ET AL.,

                                                              Defendant(s).

CASE NUMBER

2:21-CV-4920-CJC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Chavkin, Peter A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-692-6231                 212-983-3115
*Telephone Number*           *Fax Number*

pchavkin@mintz.com
*E-Mail Address*

of  Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
    666 Third Avenue
    New York, NY 10017
    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Specially appearing defendant Corey Urman

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
Kathryn L. Ignash
*Designee's Name (Last Name, First Name & Middle Initial)*

299694          310-586-3200         310-586-3202
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

klignash@mintz.com
*E-Mail Address*

of  Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
    2029 Century Park East, Suite 3100
    Los Angeles, CA 90067
    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge