**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SERENA FLEITES and JANE DOE DOS. 1 through 33,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGAMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-4920-CJC-ADS<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12 AS TO DEFENDANT DAVID TASSILLO**<br><br>Date: January 24, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 9B<br>Judge: Cormac J. Carney |

DAVID TASSILLO'S [PROPOSED] ORDER DISMISSING
PLAINTIFFS' COMPLAINT
CASE NO. 2:21-cv-4920

Defendant David Tassillo's Motion to Dismiss Plaintiffs' complaint pursuant to Fed. R. Civ. R. 12(b)(2) and 12(b)(6) was heard on January 24, 2022 at 1:30 p.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion to Dismiss, oral arguments of counsel, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Defendant Tassillo's Motion is **GRANTED**.

Accordingly, Plaintiffs' Complaint is hereby **DISMISSED WITH PREJUDICE** as to David Tassillo.

**IT IS SO ORDERED**.

Dated _____          _____
                                  United States District Judge
                                  The Honorable Cormac J. Carney