1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| SERENA FLEITES and JANE DOE DOS. 1 through 33,<br><br>        Plaintiffs,<br>    v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10<br><br>        Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>Honorable Cormac J. Carney<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12 AS TO DEFENDANT FERAS ANTOON**<br><br>**Date: January 24, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9 B<br>Judge: Hon. Cormac J. Carney** |

**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT AS TO MR. ANTOON**

Defendant Feras Antoon's Motion to Dismiss the Complaint pursuant to Fed. R. Civ. R. 12(b)(2) and 12(b)(6) was heard on January 24, 2022 at 1:30 p.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion to Dismiss, oral arguments of counsel, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Defendant Antoon's Motion is **GRANTED**.

Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE** with respect to Mr. Antoon.

**IT IS SO ORDERED.**

DATED: _____          _____

United States District Judge
The Honorable Cormac J. Carney

**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT AS TO MR. ANTOON**