# State of Connecticut

# Supreme Court

I, **Carl D. Cicchetti**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify, that, in the Superior Court at*        **Hartford**

*on the*    **20th**  *day of*     **November, 1986**

**Jonathan S. Sack**

*of*

**Brooklyn, NY**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*



*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of* **October 18, 2021** *Connecticut, at Hartford, this day*

*Carl D. Cicchetti*
*Chief Clerk*