1  BENJAMIN M. SADUN (287533)
2  benjamin.sadun@dechert.com
   DECHERT LLP
3  US Bank Tower, 633 West 5th Street,
4  Suite 4900
   Los Angeles, CA 90071-2013
5  Phone: (213) 808-5721; Fax: (213) 808-5760

6
7  KATHLEEN N. MASSEY (*admitted pro hac vice*)
   kathleen.massey@dechert.com
8  MARK S. CHEFFO (*pro hac vice forthcoming*)
   mark.cheffo@dechert.com
9  Three Bryant Park
10 1095 Avenue of the Americas
   New York, NY 10036
11 Phone: (212) 698-3500; Fax: (212) 698 3599

12 *Attorneys for MindGeek*

13                     UNITED STATES DISTRICT COURT
14                    CENTRAL DISTRICT OF CALIFORNIA
15                            SOUTHERN DIVISION

| | |
|---|---|
| 16  SERENA FLEITES and JANE DOE NOS. 1 through 33, | CASE NO.  2:21-CV-04920-CJC-ADS |
| 17          Plaintiffs, | Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B |
| 18       v. | **NOTICE OF MOTION AND MOTION BY MINDGEEK TO SEVER AND DISMISS JANE DOE NOS. 1 THROUGH 33** |
| 19  MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10 | |
| | Hearing:  January 24, 2022<br>Time:  1:30 p.m.<br>Courtroom:  9B |
|         Defendants. | |

CASE NO. 2:21-CV-04920
**NOTICE OF MOTION AND MOTION TO SEVER AND DISMISS JANE DOE NOS. 1 THROUGH 33**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on January 24, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9B of the above-entitled Court, located at 411 West 4th Street, Santa Ana, California, 92701-4516, Defendants MindGeek S.A.R.L., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. ("MindGeek" or the "MindGeek Entities") will and hereby do move the Court for an order to sever and dismiss Jane Does Nos. 1 through 33. This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the pleadings and papers on file in this action, any argument in connection with the Motion, and such further evidence or arguments as the Court may consider. This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 8, 2021. During that telephone conference, MindGeek's counsel discussed with Plaintiffs' counsel MindGeek's intention to file this Motion and stated the grounds for doing so. MindGeek understood from the conference that Plaintiffs did not consent to the relief sought.

DATED: OCTOBER 22, 2021   /s/   *Benjamin M. Sadun*
Benjamin M. Sadun (287533)
Kathleen N. Massey (*pro hac vice*)
Mark Cheffo (*pro hac vice forthcoming*)

*Attorneys for MindGeek*