BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING MINDGEEK'S MOTION TO SEVER AND DISMISS JANE DOE NOS. 1 THROUGH 33**<br><br>Date: January 24, 2022<br>Time: 1:30 P.M.<br>Courtroom: 9B |

The Motion to Sever and Dismiss Jane Doe Nos. 1 through 33 filed by Defendants MindGeek S.A.R.L., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. was heard on January 24, 2022, at 1:30 P.M. by this Court.  Having considered all papers filed in support of and in opposition to the Motion to Sever and Dismiss Jane Does No. 1 through 33, oral arguments of counsel, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**.

Accordingly, the claims of Jane Does No. 1 through 33 are severed and their cases are **DISMISED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____

Honorable Cormac J. Carney