Evan S. Nadel (SBN 213230)
enadel@mintz.com
Kathryn L. Ignash (SBN 299694)
klignash@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Chavkin (*pro hac vice* pending)
pchavkin@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
666 Third Avenue
New York, NY 10017
Telephone: (212) 935 3000
Facsimile: (212) 983 3115

Attorneys for Specially Appearing Defendant,
COREY URMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10,<br><br>Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>Honorable Cormac J. Carney<br><br>**SPECIALLY-APPEARING DEFENDANT COREY URMAN'S NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION TO SEVER AND DISMISS JANE DOES NOS. 1 THROUGH 33, DKT. NO. 75**<br><br>Complaint Filed June 17, 2021 |

1

SPECIALLY-APPEARING DEFENDANT C. URMAN'S NOTICE OF JOINDER TO MINDGEEK DEFENDANTS'
MTN TO SEVER AND DISMISS                                          CASE NO. 2:21-cv-4920

**TO THE HONORABLE COURT AND TO THE PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Corey Urman hereby gives notice of joinder to, and so joins in, the MindGeek Defendants' (MG Freesites, LTD, MG Global Entertainment, Inc., MG Premium LTD, MindGeek S.a.r.l, MindGeek USA, Inc., RK Holdings USA Inc., and TrafficJunky Inc.) Motion to Sever and Dismiss Jane Does Nos. 1 through 33 and the Memorandum of Points and Authorities in Support of MindGeek Defendants' Motion, filed on October 22, 2021 as Dkt. No. 75.[1]

Mr. Urman joins in the Memorandum of Points of Authorities because the arguments and caselaw presented therein are applicable to Mr. Urman, who has been named as a codefendant with the MindGeek Defendants in the same complaint.

Mr. Urman accordingly joins in and adopts the MindGeek Defendants' Motion to Sever and Dismiss Jane Does Nos. 1 through 33 and Memorandum of Points and Authorities in Support of MindGeek Defendants' Motion to Dismiss (Dkt. No. 75).

Dated: October 29, 2021         MINTZ LEVIN COHN FERRIS GLOVSKY
                                AND POPEO PC

                                By  s/ *Kathryn L. Ignash*
                                    Evan S. Nadel
                                    Peter A. Chavkin
                                    Kathryn L. Ignash

                                Attorneys for Specially Appearing Defendant
                                COREY URMAN

---

[1] We separately note that Mr. Urman previously joined the Motions to Dismiss and Memoranda of Points and Authorities of MindGeek (Dkt. No. 70), and of individual defendants Bernard Bergmair, Feras Antoon, and David Tassillo, (Dkt. Nos. 62, 68, 67), in Mr. Urman's Motion to Dismiss and Memorandum of Points and Authorities (Dkt. Nos. 69, 69-1).

2

SPECIALLY-APPEARING DEFENDANT C. URMAN'S NOTICE OF JOINDER TO MINDGEEK DEFENDANTS'
MTN TO SEVER AND DISMISS                                           CASE NO. 2:21-cv-4920

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On October 29, 2021, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users.

Executed on October 29, 2021, at Los Angeles, California.

*s/Kathryn L. Ignash*
Kathryn L. Ignash

117798842v.1

1