WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al<br><br>v.  Plaintiff(s)<br><br>MindGeek S.A.R.L., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-4920-CJC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Ryan McMenamin
*Applicant's Name (Last Name, First Name & Middle Initial*

(212) 880-9537     (212) 856-9494
*Telephone Number*   *Fax Number*

rmcmenamin@maglaw.com
*E-Mail Address*

of Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

David Tassillo
*Name(s) of Party(ies) Represent*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

David W. Wiechert
*Designee's Name (Last Name, First Name & Middle Initial*

94607
*Designee's Cal. Bar No.*

(949) 361-2822    (949) 361-5722
*Telephone Number*   *Fax Number*

dwiechert@aol.com
*E-Mail Address*

of WIECHERT, MUNK & GOLDSTEIN, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated: October 29, 2021

*U.S. District Judge/U.S. Magistrate Judge*

G-64 Order (05/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1