WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al | **CASE NUMBER** |
| v. **Plaintiff(s)** | 2:21-cv-4920-CJC-ADS |
| MindGeek S.A.R.L., et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| **Defendant(s).** | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Karen K. King

of

Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 880-9403          (212) 856-9600

*Telephone Number          Fax Number*

kking@maglaw.com

*E-Mail Address*                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

David Tassillo

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

David W. Wiechert

of

WIECHERT, MUNK & GOLDSTEIN, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675

*Designee's Name (Last Name, First Name & Middle Initial)*

94607          (949) 361-2822          (949) 361-5722

*Designee's Cal. Bar No.          Telephone Number          Fax Number*

dwiechert@aol.com

*E-Mail Address*                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:

  ☐ for failure to pay the required fee.

  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

  ☐ for failure to complete Application: _____

  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: October 29, 2021**

_____

**U.S. District Judge/U.S. Magistrate Judge**