Name and address:
Kathryn L. Ignash (SBN 299694)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES, ET AL.,

v.

Plaintiff(s)

MINDGEEK S.A.R.L., ET AL.,

Defendant(s).

| CASE NUMBER |
| --- |
| 2:21-CV-4920-CJC |

ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Chavkin, Peter A.

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-692-6231                    212-983-3115

*Telephone Number          Fax Number*

pchavkin@mintz.com

*E-Mail Address*

of

Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
666 Third Avenue
New York, NY 10017

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Specially appearing defendant Corey Urman

*Name(s) of Party(ies) Represented*

and designating as Local Counsel

Kathryn L. Ignash

*Designee's Name (Last Name, First Name & Middle Initial)*

299694          310-586-3200          310-586-3202

*Designee's Cal. Bar No.     Telephone Number          Fax Number*

klignash@mintz.com

*E-Mail Address*

☐ *Plaintiff(*☒*) Defendant(s)* ☐ *Other:*

of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

*Firm/Agency Name & Address*

HEREBY ORDERS THAT the Application be:

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California ☐ previous Applications listed indicate Applicant
        is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: _____    is not member of Bar of this

    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, ☐ be refunded ☐ not be refunded.

Dated October 29, 2021

_____
U.S. District Judge/U.S. Magistrate Judge