DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

RONALD G. WHITE (*Admitted pro hac vice*)
RWhite@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendant
BERND BERGMAIR
(*Additional Counsel listed on next page*)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10<br><br>Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>Honorable Cormac J. Carney<br><br>**DEFENDANT BERND BERGMAIR'S NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION TO SEVER AND DISMISS (DKT. NO. 75)**<br><br>Date: January 24, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

1  ANDRE FONTANA (CA SBN 324801)
   AFontana@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, CA 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BERND BERGMAIR'S NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION TO SEVER AND DISMISS**

sf-4604577

TO THE HONORABLE COURT AND TO THE PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Bernd Bergmair hereby gives notice of joinder to, and so joins in the Motion to Sever and Dismiss Jane Does Nos. 1 through 33, and the Memorandum of Points and Authorities in Support thereof, of MG Freesites, LTD, MG Global Entertainment, Inc., MG Premium LTD, MindGeek S.a.r.l, MindGeek USA, Inc., RK Holdings USA Inc., and TrafficJunky Inc. (collectively, "the MindGeek Defendants"), filed on October 22, 2021 as Docket No. 75.[1]

Mr. Bergmair joins in the Memorandum of Points and Authorities because the arguments and caselaw presented therein are also applicable to Mr. Bergmair, who has been named as a codefendant with the MindGeek Defendants in the same complaint.

Mr. Bergmair accordingly joins in and adopts the MindGeek Defendants' Motion to Sever and Dismiss Jane Does Nos. 1 through 33 and Memorandum of Points and Authorities in Support thereof (Dkt. No. 75).

DATED: November 2, 2021     Respectfully Submitted:

By: /s/ Ronald G. White
    Ronald G. White
    Attorneys for Defendant
    BERND BERGMAIR

---

[1] In Mr. Bergmair's Motion to Dismiss and supporting Memorandum of Points and Authorities (Dkt. No. 62), he previously joined the Motions to Dismiss and supporting Memoranda of Points and Authorities of the MindGeek Defendants (Dkt. No. 70), and of individual defendants David Tassillo, Feras Antoon, and Corey Urman (Dkt. Nos. 67, 68, 69).