Name and address:

David W. Wiechert
Wiechert, Munk & Goldstein, PC
27136 Paseo Espada
Suite B1123
San Juan Capistrano, CA 92675

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Serena Fleites, et al

   v.                                    Plaintiff(s)

MindGeek S.A.R.L., et al.

                                         Defendant(s).

**CASE NUMBER**

2:21-cv-4920-CJC-ADS

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Read, Nathaniel P.T.  —  *Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 957-7069  —  *Telephone Number*
(212) 957-4514  —  *Fax Number*
nread@cohengresser.com  —  *E-Mail Address*

of Cohen & Gresser LLP
800 Third Avenue
21st. Floor
New York, NY 10022
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Feras Antoon  —  *Name(s) of Party(ies) Represent*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

David W. Wiechert  —  *Designee's Name (Last Name, First Name & Middle Initial)*

94607  —  *Designee's Cal. Bar No.*
(949) 361-2822  —  *Telephone Number*
(949) 361-5722  —  *Fax Number*
dwiechert@aol.com  —  *E-Mail Address*

of WIECHERT, MUNK & GOLDSTEIN, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

Dated: November 3, 2021                                          _____
                                                                  U.S. District Judge