Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**JOINT MOTION FOR ENTRY OF STIPULATION TO EXTEND TIME**<br><br>Date: December 20, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 (collectively, "Plaintiffs") and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (the "MindGeek Entities"), Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants"), all by and through their counsel jointly move for an Order entering the Proposed Stipulation to Extend Time, enclosed herein as Exhibit A. In support of its motion, the Parties aver the following:

1. The Complaint initiating this action was filed on June 17, 2021. (Dkt. 1). On July 26, 2021, the Court approved and entered a proposed stipulated schedule which provides that MindGeek Entities and Individual Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before October 18, 2021. (Dkt. 31). The Court approved a similar stipulation setting the same deadlines as to Defendant Visa Inc. on August 11, 2021. (Dkt. 36).

2. On October 18, 2021, the Court approved the parties' stipulated motion to set time for Defendants to respond to Plaintiff's Complaint to October 20, 2021 and all subsequent deadlines were moved back two days so no time-period for response was shortened. (Dkt. 52,54).

3. On October 18, 2021, Defendant Visa filed its Motion to Dismiss. (Dkt. 55). On October 20, 2021, the MindGeek Entities and the Individual Defendants filed their Motions to Dismiss (Dkt. 62, 67-70, 72).

4. On October 22, 2021, the MindGeek Entities filed a Motion to Sever. (Dkt. No. 75).

5. The Parties request an extension of time for Plaintiffs to oppose Defendants' motions to dismiss and the MindGeek Entities' motion to sever. Plaintiffs' new deadline to oppose such motions would be December 10, 2021. The Parties also request an extension of time for Defendants to file their replies in support of such motions. Defendants' new deadline to file replies in support of such motions

would be January 24, 2022.

6. The Parties respectfully propose that oral argument for the motions to dismiss and the motion to sever be adjourned from January 10 and 24, 2022, to February 14, 2022 or a date thereafter that is amenable to the Court and the Parties.

7. Good cause exists to grant the Parties' requested relief. The MindGeek Entities, the Individual Defendants, and Visa have all filed separate motions to dismiss, spanning more than 200 pages. While Plaintiffs have worked diligently in preparing their opposition, Plaintiffs believe the requested modified schedule will enable them to better and more clearly present their arguments to the Court. Defendants agreed to Plaintiffs' request for an extension of time and similarly requested an extension of time to file their replies in support of such motions to which the Plaintiffs also agreed. All Parties now move for this requested extension of time.

**WHEREFORE**, the Parties respectfully requests that this Court:

A. Grant this Unopposed Joint Motion for Entry of Stipulation to Extend Time;

B. Enter the agreed-upon Proposed Stipulation as the operative scheduling order in this matter; and

C. Grant such other and further relief as justice and equity may require.

DATED: NOVEMBER 21, 2021   RESPECTFULLY SUBMITTED,

/s/   Michael J. Bowe
MICHAEL J. BOWE (*pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

*Attorney for Plaintiffs*

| | |
|---|---|
| 1 | /s/   *Benjamin M. Sadun* |
| 2 | BENJAMIN M. SADUN (287533) |
|   | benjamin.sadun@dechert.com |
| 3 | DECHERT LLP |
| 4 | US Bank Tower, 633 West 5th Street, Suite 4900 |
| 5 | Los Angeles, CA 90071-2013 |
| 6 | Phone: (213) 808-5721 |
|   | Fax: (213) 808-5760 |
| 7 | |
| 8 | KATHLEEN N. MASSEY (*pro hac vice*) |
|   | Kathleen.massey@dechert.com |
| 9 | DECHERT LLP |
| 10 | Three Bryant Park |
|    | 1095 Avenue of the Americas |
| 11 | New York, NY 10036 |
| 12 | Phone: (212) 698-3500 |
|    | Fax: (212) 698 3599 |
| 13 | *Attorneys for MindGeek Defendants* |
| 14 | |
| 15 | /s/   *Jonathan S. Sack* |
|    | JONATHAN S. SACK (*pro hac vice*) |
| 16 | Jsack@maglaw.com |
| 17 | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC |
| 18 | 565 Fifth Avenue |
| 19 | New York, NY. 10017 |
|    | Phone: (212) 880 9410 |
| 20 | Fax: (949) 252-1514 |
|    | *Attorney for David Tassillo* |
| 21 | |
| 22 | /s/   *Ronald G. White* |
| 23 | RONALD G. WHITE (*pro hac vice*) |
|    | rwhite@mofo.com |
| 24 | MORRISON & FOERSTER LLP |
| 25 | 250 West 55th Street |
|    | New York, New York 10019 |
| 26 | Tel: (212) 468-8016 |
| 27 | Fax: (212) 468-7900 |
|    | *Attorney for Defendant Bernd Bergmair* |
| 28 | |

| | |
|---|---|
| 1 | /s/ *Jason Brown* |
| 2 | JASON BROWN (*pro hac vice*) |
| | jbrown@cohengresser.com |
| 3 | COHEN & GRESSER LLP |
| 4 | 800 Third Ave |
| | New York, New York 10022 |
| 5 | Tel: (212) 957-7609 |
| 6 | *Attorney for Defendant Feras Antoon* |
| 7 | |
| 8 | /s/ *Peter Chavkin* |
| | PETER CHAVKIN (*pro hac vice*) |
| 9 | PAChavkin@mintz.com |
| 10 | MINTZ, LEVIN, COHN, FERRIS, |
| | GLOVSKY AND POPEO, P.C. |
| 11 | 666 Third Avenue, |
| 12 | New York, NY 10017 |
| | Tel: (212) 692-6231 |
| 13 | *Attorney for Defendant Corey Urman* |
| 14 | |
| 15 | /s/ *Drew Tulumello* |
| | DREW TULUMELLO (#196484) |
| 16 | drew.tulumello@weil.com |
| 17 | WEIL, GOTSHAL & MANGES LLP |
| | 2001 M Street NW, Suite 600 |
| 18 | Washington, DC 20036 |
| 19 | Tel: 202 682 7000 |
| | Fax: 202 857 0940 |
| 20 | *Attorney for Defendant Visa, Inc.* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

　　　　　　　　　　/s/    *Michael J. Bowe*
　　　　　　　　　　MICHAEL J. BOWE