Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>         Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO EXTEND TIME**<br><br>Date: December 20, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1  The Joint Motion for Entry of Stipulation to Extend Time ("Joint Motion"),
2  was filed by Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 (collectively
3  "Plaintiffs") and MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG
4  Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and
5  TrafficJunky Inc., Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman and
6  Visa Inc. (collectively "Defendants"), on November 21, 2021. All Parties joined this
7  motion. Having considered all papers filed in support of the Joint Motion, and all
8  other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that the Joint
9  Motion is **GRANTED** and the Proposed Stipulation To Extend Time is
10 **APPROVED**.

12  **IT IS SO ORDERED.**

14  Dated: _____                    _____
15                                              Honorable Cormac J. Carney