1 | Michael J. Bowe
  | (*admitted pro hac vice*)
2 | mbowe@brownrudnick.com
  | Lauren Tabaksblat visa
3 | (*admitted pro hac vice*)
  | ltabaksblat@brownrudnick.com
4 | BROWN RUDNICK LLP
  | 7 Times Square
5 | New York, NY 10036
  | Telephone:   (212) 209-4800
6 | Facsimile:    (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California   92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10<br><br>Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**JOINT MOTION FOR ENTRY OF STIPULATION FOR PLAINTIFFS TO FILE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS**<br><br>Date:      January 10, 2022<br>Time:      1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

CASE NO. 21-CV-04920-CJC-ADS
JOINT MOTION FOR ENTRY OF STIPULATION

Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 (collectively, "Plaintiffs"), move for entry of an Order permitting Plaintiffs to file an omnibus consolidated opposition to Defendants' motions to dismiss and the MindGeek Entities' motion to sever. None of the Defendants object to this request. In support of the motion, the Parties aver as follows.

1. On October 18, 2021, Defendant Visa Inc. filed its Motion to Dismiss (Dkt. 55). On October 20, 2021, MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (the "MindGeek Entities"); each of Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants"), filed their Motions to Dismiss (Dkts. 62, 67-70, 72).

2. On October 22, 2021, the MindGeek Entities filed a Motion to Sever (Dkt. 75).

3. The Court previously approved an expanded page limit for the motions filed under Federal Rule of Civil Procedure 12 and any responses thereto to fifty (50) pages. (Dkts. 31, 36).

4. Plaintiffs respectfully request that the Court permit them to file one consolidated omnibus response to the 6 different Motions to Dismiss filed by Defendants and the Motion to Sever, with a total page limit of 85 pages. The Defendants have no objection to this request.

5. Good cause exists to grant the Plaintiffs' requested relief because it is in the best interests of judicial efficiency, as it will substantially reduce the number of documents and total pages that Plaintiffs will submit, as it is Plaintiffs' position that under the current structure, Plaintiffs would be entitled to submit seven (7) different response briefs, with a total page limit of more than 300 pages. Moreover, it is Plaintiffs' position that the Defendants' Motions to Dismiss and the Motion to Sever raise substantially similar arguments with similar overlap in the facts and legal arguments, and in many instances incorporate by reference different arguments made

among them. To respond to each motion would be unnecessarily inefficient, duplicative, and burdensome to the Court.

6. Accordingly, Plaintiffs request permission to file a single consolidated omnibus opposition to the Motions to Dismiss and the Motion to Sever, with a page limit of 85 pages and Defendants do not object.

**WHEREFORE**, the Parties respectfully request that this Court:

A. Grant this Unopposed Joint Motion;

B. Enter the agreed-upon Proposed Stipulation; and

C. Grant such other and further relief as justice and equity may require.

DATED: DECEMBER 8, 2021          RESPECTFULLY SUBMITTED,


          /s/     Michael J. Bowe
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801
*Attorney for Plaintiffs*

          /s/     Benjamin M. Sadun
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
Kathleen.massey@dechert.com
DECHERT LLP
Three Bryant Park

1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500
Fax: (212) 698 3599
*Attorneys for MindGeek Defendants*

　　　/s/　　Jonathan S. Sack
JONATHAN S. SACK (*pro hac vice*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514
*Attorney for David Tassillo*

　　　/s/　　Ronald G. White
RONALD G. WHITE (*pro hac vice*)
rwhite@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Tel: (212) 468-8016
Fax: (212) 468-7900
*Attorney for Defendant Bernd Bergmair*

　　　/s/　　Jason Brown
JASON BROWN (*pro hac vice*)
jbrown@cohengresser.com
COHEN & GRESSER LLP
800 Third Ave
New York, New York 10022
Tel: (212) 957-7609
*Attorney for Defendant Feras Antoon*

　　　/s/　　Peter Chavkin
PETER CHAVKIN (*pro hac vice*)
PAChavkin@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

666 Third Avenue,
New York, NY 10017
Tel: (212) 692-6231
*Attorney for Defendant Corey Urman*

      /s/    *Drew Tulumello*
DREW TULUMELLO (#196484)
drew.tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940
*Attorney for Defendant Visa, Inc.*

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

        /s/     *Michael J. Bowe*
      MICHAEL J. BOWE