# Exhibit A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>        Plaintiffs,<br><br>    v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>        Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:    Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION FOR PLAINTIFFS TO FILE OMNIBUS OPPOSITION BRIEF TO DEFENDANTS' MOTIONS**<br><br>Date: January 10, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

    Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 (collectively, "Plaintifis"), by and through their counsel, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (the "MindGeek Entities"), Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants"), by and through their counsel, hereby stipulate and agree as follows:

    **WHEREAS**, on December 7, 2021, counsel for Plaintiffs contacted counsel for Defendants, indicating their intent to file a request with the Court for permission to file one consolidated omnibus opposition to the Defendants' Motions to Dismiss and the MindGeek Entities Motion to Sever (collectively, the "Motions"_ with a page limit of 85 pages;

**[PROPOSED] STIPULATION RE: OMNIBUS OPPOSITION**

1    **WHEREAS**, on December 7, 2021, counsel for Defendants all indicated that

2   they had no objections to the Plaintiffs' request;

3    **WHEREAS**, no party objects to, or will be prejudiced by, the entry of this

4   Stipulation;

5    **NOW THEREFORE**, the Parties hereto hereby STIPULATE and AGREE

6   that Plaintiffs can file a consolidated omnibus opposition with a page limit of 85 pages

7   to Defendants' Motions.

8

9   Dated: December 8, 2021         /s/    *Michael J. Bowe*

10                                  MICHAEL J. BOWE (*pro hac vice*)
                                    mbowe@brownrudnick.com

11                                  BROWN RUDNICK LLP
                                    7 Times Square

12                                  New York, NY 10036
                                    Phone: (212) 209-4800

13                                  Fax: (212) 209-4801

14

15  Dated: December 8, 2021         /s/    *Benjamin M. Sadun*

16                                  BENJAMIN M. SADUN (287533)
                                    benjamin.sadun@dechert.com

17                                  DECHERT LLP
                                    US Bank Tower, 633 West 5th Street,

18                                  Suite 4900
                                    Los Angeles, CA 90071-2013

19                                  Phone: (213) 808-5721

20                                  Fax: (213) 808-5760

21

22  Dated: December 8, 2021         /s/    *Jonathan S. Sack*

23                                  JONATHAN S. SACK (*pro hac vice*)
                                    Jsack@maglaw.com

24                                  MORVILLO ABRAMOWITZ GRAND
                                    IASON & ANELLO PC

25                                  565 Fifth Avenue
                                    New York, NY. 10017

26                                  Phone: (212) 880 9410

27                                  Fax: (949) 252-1514

28

1

Dated: December 8, 2021

/s/   *Ronald G. White*

2

RONALD G. WHITE (*pro hac vice*)

rwhite@mofo.com

3

MORRISON & FOERSTER LLP

4

250 West 55th Street

New York, New York 10019

5

Tel: (212) 468-8016

6

Fax: (212) 468-7900

7

Dated: December 8, 2021

/s/   *Jason Brown*

8

JASON BROWN (*pro hac vice*)

jbrown@cohengresser.com

9

COHEN & GRESSER LLP

10

800 Third Ave

New York, New York 10022

11

Tel: (212) 957-7609

12

Dated: December 8, 2021

/s/   *Evan Nadel*

13

EVAN NADEL (213230)

14

ENadel@mintz.com

MINTZ, LEVIN, COHN, FERRIS,

15

GLOVSKY AND POPEO, P.C.

16

666 Third Avenue,

New York, NY 10017

17

Tel: (212) 692-6821

18

/s/   *Drew Tulumello*

19

DREW TULUMELLO (196484)

Dated: December 8, 2021

20

drew.tulumello@weil.com

WEIL, GOTSHAL & MANGES LLP

21

2001 M Street NW, Suite 600

22

Washington, DC 20036

Tel: 202 682 7000

23

Fax: 202 857 0940

24

25

26

27

28

CASE NO. 2:21-CV-04920

**[PROPOSED] STIPULATION RE: OMNIBUS OPPOSITION**