1  Michael J. Bowe (*pro hac vice*)
   mbowe@brownrudnick.com
2  Lauren Tabaksblat (*pro hac vice*)
   ltabaksblat@brownrudnick.com
3  BROWN RUDNICK LLP
   7 Times Square
4  New York, NY 10036
   Telephone:  (212) 209-4800
5  Facsimile:   (212) 209-4801

   David M. Stein (#198256)
   dstein@brownrudnick.com
   BROWN RUDNICK LLP
   2211 Michelson Drive, 7th Floor
   Irvine, California 92612
   Telephone:  (949) 752-7100
   Facsimile:   (949) 252-1514

6
7  *Attorneys for Plaintiffs*

8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
             SOUTHERN DIVISION

| | |
|---|---|
| 10  SERENA FLEITES and JANE DOE NOS. 1 through 33, | CASE NO. 2:21-CV-04920-CJC-ADS |
| 12           Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION FOR PLAINTIFFS TO FILE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS** |
| 13  v. | |
| 14  MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10 | |
| 21           Defendants. | |

| | |
|---|---|
| 1 | The Joint Motion for Entry of Stipulation for Plaintiffs to File Omnibus |
| 2 | Opposition to Defendants' Motions ("Joint Motion"), was filed by Plaintiffs Serena |
| 3 | Fleites and Jane Doe Nos. 1 through 33 (collectively "Plaintiffs") and MindGeek |
| 4 | S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings |
| 5 | USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc., Bernd Bergmair, |
| 6 | Feras Antoon, David Tassillo, Corey Urman and Visa Inc. (collectively |
| 7 | "Defendants") on December 8, 2021. Plaintiffs requested the relief in the Motion and |
| 8 | Defendants do not object. Having considered all papers filed in support of the Joint |
| 9 | Motion, and all other pleadings and papers on file herein, **IT IS HEREBY** |
| 10 | **ORDERED** that the Joint Motion is **GRANTED** and the Proposed Stipulation for |
| 11 | Plaintiffs to File Omnibus Opposition to Defendants' Motions is **APPROVED**. |

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                  Honorable Cormac J. Carney