UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>         Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION FOR PLAINTIFFS TO FILE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS** |

The Joint Motion for Entry of Stipulation for Plaintiffs to File Omnibus Opposition to Defendants' Motions ("Joint Motion"), was filed by Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 (collectively "Plaintiffs") and MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc., Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman and Visa Inc. (collectively "Defendants") on December 8, 2021. Plaintiffs requested the relief in the Motion and Defendants do not object. Having considered all papers filed in support of the Joint Motion, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED** and the Proposed Stipulation for Plaintiffs to File Omnibus Opposition to Defendants' Motions is **APPROVED**.

**IT IS SO ORDERED.**

Dated: December 8, 2021

_____
Honorable Cormac J. Carney