BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

INTERNATIONAL CENTER FOR LAW & ECONOMICS
GEOFFREY A. MANNE
KRISTIAN STOUT
BEN SPERRY
1104 NW 15th Avenue, Suite 300
Portland, OR 97209
gmanne@laweconcenter.org
kstout@laweconcenter.org
bsperry@laweconcenter.org

Attorneys for Proposed Amicus Curiae
International Center for Law & Economics

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10,<br><br>Defendants. | Case No.: 2:21-CV-04920-CJC-ADS<br><br>**DISCLOSURE STATEMENT OF INTERNATIONAL CENTER FOR LAW & ECONOMICS**<br><br>Hearing Date: February 14, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br><br>Action filed April 14, 2016 |

| | |
|---|---|
| 1 | This Disclosure Statement is filed on behalf of proposed amicus curiae |
| 2 | International Center for Law & Economics ("ICLE") in compliance with the |
| 3 | provisions of Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1. |
| 4 | ICLE is registered as a 501(c)(3) nonprofit in the United States of America. |
| 5 | ICLE does not have a parent corporation and no entity or individuals own any stock |
| 6 | in ICLE. |
| 7 | The undersigned, counsel of record for ICLE, certifies that not parties may |
| 8 | have a pecuniary interest in the outcome of this case. These representations are made |
| 9 | to enable the Court to evaluate possible disqualification or recusal. |
| 10 | |
| 11 | Dated: January 17, 2022        BENBROOK LAW GROUP, PC |
| 12 | |
| 13 | By  /s Stephen M. Duvernay |
| 14 |         STEPHEN M. DUVERNAY |
| 15 |         Attorneys for Proposed Amicus Curiae International Center for Law & Economics |