# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION TO CONSOLIDATE REPLY BRIEFS**<br><br>Date: February 28, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek Entities"), by and through their counsel, and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, by and through their counsel, hereby stipulate and agree as follows:

**WHEREAS**, the MindGeek Entities filed their Motion to Dismiss on October 20, 2021;

**WHEREAS**, the MindGeek Entities filed a Motion to Sever on October 22, 2021;

**WHEREAS**, this Court granted Plaintiffs' unopposed Motion for Entry of Stipulation for Plaintiffs to File Omnibus Opposition to Defendants' Motions, allowing Plaintiffs to file a consolidated eighty-five-page Opposition to all the

1  Motions to Dismiss and the Motion to Sever;

2  **WHEREAS**, Plaintiffs filed their Omnibus Opposition to Defendants' Motion
3  to Dismiss and the MindGeek Entities' Motion to Sever on December 10, 2021

4  **WHEREAS**, pursuant to L.R. 11-6, the MindGeek Entities' Replies in support
5  of their Motion to Dismiss and Motion to Sever each have a page limit of twenty-five
6  pages;

7  **WHEREAS**, allowing the MindGeek Entities to file one consolidated Reply in
8  support of both their Motion to Dismiss and Motion to Sever with a limit of fifty pages
9  is in the best interest of judicial efficiency because it will substantially avoid repetition
10  of arguments, facts, and other overlapping issues relevant to both Replies;

11  **NOW THEREFORE**, the Parties hereto hereby STIPULATE and AGREE
12  that the MindGeek Entities may file a consolidated Reply in support of both their
13  Motion to Dismiss and Motion to Sever with a limit of fifty pages, in lieu of separate
14  Replies in support of each Motion.

16  Dated: January 20, 2022

/s/   *David M. Stein*
DAVID M. STEIN (198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Phone: (949) 752-7100
Fax: (949) 252-1514

22  Dated: January 20, 2022

/s/   *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

Stipulation Approved: _____

Honorable Cormac J. Carney

Date: