BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:    Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO CONSOLIDATE REPLY BRIEFS**<br><br>Date: February 28, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1       The Unopposed Motion for Entry of Stipulation to Consolidate Reply Briefs

2  ("Unopposed Motion") was filed by Defendants MindGeek S.à.r.l., MG Freesites Ltd,

3  MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global

4  Entertainment Inc., and TrafficJunky Inc. on January 20, 2022.  No opposition is

5  anticipated.  Having considered all papers filed in support of the Unopposed Motion,

6  and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that

7  the Unopposed Motion is **GRANTED** and the Proposed Stipulation to Consolidate

8  Reply Briefs is **APPROVED**.

9

10                              **IT IS SO ORDERED.**

11

12  Dated: _____

13                                    Honorable Cormac J. Carney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28