BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice forthcoming*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br><br>Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING MINDGEEK DEFENDANTS' MOTION FOR STAY AND ORDER TO SHOW CAUSE WHY STAY SHOULD NOT REMAIN IN PLACE PURSUANT TO 18 U.S.C. § 1595(b)(1).** |

1        The motion by Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek

2    USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc.,

3    and TrafficJunky Inc. (collectively "MindGeek") for Stay and Order to Show Cause

4    was heard on March 7, 2022, at 1:30 p.m. by this Court.  Upon consideration of the

5    Motion, Plaintiffs' Opposition, the oral arguments of counsel, and all other pleadings

6    and papers on file herein, **IT IS HEREBY ORDERED** that:

7        1.    MindGeeks' Motion is **GRANTED** and this action is stayed pending

8            further Order of this Court; and

9        2.    Plaintiffs shall **RESPOND** to this Order in writing no later than seven

10           (7) days from the entry of this Order clarifying the status of all criminal

11           proceedings pending against Plaintiffs' alleged non-party traffickers and

12           **SHOW CAUSE** why this action should not continue to be stayed

13           pursuant to 18 U.S.C. §1595(b)(1) pending resolution of any ongoing

14           criminal proceeding.  Plaintiffs' Response may be filed under seal and

15           shall include (a) the jurisdiction, case number, and status of the criminal

16           prosecutions and investigations referred to in the Complaint relating to

17           the alleged non-party traffickers of Jane Doe Nos. 8, 9, 13, 14, 24, 31,

18           32, and 33; (b) a statement as to whether any other criminal actions are

19           currently pending against any Plaintiff's alleged non-party trafficker

20           arising out of the same occurrences in which the Plaintiff alleges in the

21           Complaint that she is a victim; and (c) a statement as to why Plaintiffs

22           believe this action is not subject to a mandatory stay pursuant to §

23           1595(b)(1) until there are no ongoing criminal proceedings arising out of

24           the same occurrences as to which any Plaintiff alleges she is a victim.

25   **IT IS SO ORDERED.**

26

27   Dated: _____    _____

28                              Honorable Cormac J. Carney

CASE NO. 21-CV-04920-CJC-ADS

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY AND ORDER TO SHOW CAUSE WHY STAY SHOULD NOT REMAIN IN PLACE PURSUANT TO 18 U.S.C. § 1595(B)(1)**