| Name and address: |
|---|
| Benjamin Sadun |
| DECHERT LLP |
| US Bank Tower, 633 West 5th Street |
| Los Angeles, CA  90071-2013 |
| Tel: 213-808-5700 |
| Fax: 213-808-5760 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiff(s)<br>v.<br>MINDGEEK S.A.R.L., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-CV-04920-CJC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Massey, Kathleen N. | of | DECHERT LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial* | | Three Bryant Park |
| 212-698-3686    212-698-3599 | | 1095 Avenue of the Americas |
| *Telephone Number     Fax Number* | | New York, NY  10036 |
| kathleen.massey@dechert.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

MindGeek S.A.R.L., MG Freesites LTD, MindGeek USA Incorporated, MG Premium LTD, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

| Sadun, Benjamin | of | DECHERT LLP |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial* | | US Bank Tower, 633 West 5th Street, |
| 287533    213-808-5721    213-808-5760 | | Los Angeles, CA 90071-2013 |
| *Designee's Cal. Bar No.   Telephone Number   Fax Number* | | |
| benjamin.sadun@dechert.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: February 7, 2022**               **Cormac J. Carney, U.S. District Judge**