Name and address:
Benjamin Sadun
DECHERT LLP
US Bank Tower, 633 West 5th Street
Los Angeles, CA  90071-2013
Tel: 213-808-5700
Fax: 213-808-5760

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>                                                                Plaintiff(s)<br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br>                                                                Defendant(s). | CASE NUMBER<br><br>2:21-CV-04920-CJC-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Coleman, Hayden                                                                      of   DECHERT LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*                              Three Bryant Park
212-698-3551                          212-698-3599                                        1095 Avenue of the Americas
*Telephone Number*                    *Fax Number*                                        New York, NY  10036
hayden.coleman@dechert.com
*E-Mail Address*                                                                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
MindGeek S.A.R.L., MG Freesites LTD, MindGeek USA Incorporated, MG Premium LTD, and MG Global Entertainment Inc.

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**
Sadun, Benjamin                                                                      of   DECHERT LLP
*Designee's Name (Last Name, First Name & Middle Initial)*                                US Bank Tower, 633 West 5th Street,
287533                     213-808-5721                  213-808-5760                     Los Angeles, CA 90071-2013
*Designee's Cal. Bar No.*  *Telephone Number*            *Fax Number*
benjamin.sadun@dechert.com
*E-Mail Address*                                                                          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

                                                                                    **U.S. District Judge/U.S. Magistrate Judge**