Name and address:
Benjamin Sadun
DECHERT LLP
US Bank Tower, 633 West 5th Street
Los Angeles, CA  90071-2013
Tel: 213-808-5700
Fax: 213-808-5760

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>v.                                              Plaintiff(s)<br><br>MINDGEEK S.A.R.L., et al.<br><br>                                              Defendant(s). | CASE NUMBER<br><br>2:21-CV-04920-CJC-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Coleman, Hayden                             of    DECHERT LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   Three Bryant Park
212-698-3551            212-698-3599                         1095 Avenue of the Americas
*Telephone Number*       *Fax Number*                         New York, NY  10036
hayden.coleman@dechert.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
MindGeek S.A.R.L., MG Freesites LTD, MindGeek USA Incorporated, MG Premium LTD, and MG Global Entertainment Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* ____

**and designating as Local Counsel**

Sadun, Benjamin                               of    DECHERT LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   US Bank Tower, 633 West 5th Street,
287533             213-808-5721       213-808-5760          Los Angeles, CA 90071-2013
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
benjamin.sadun@dechert.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated _____                                              _____
                                                            U.S. District Judge/U.S. Magistrate Judge