# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiff(s)<br>v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendant(s). | **CASE NUMBER**<br>2:21-CV-04920-CJC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Coleman, Hayden   of   DECHERT LLP
*Applicant's Name (Last Name First Name & Middle Initial)*   Three Bryant Park
212-698-3551   212-698-3599   1095 Avenue of the Americas
*Telephone Number*   *Fax Number*   New York, NY 10036
hayden.coleman@dechert.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
MindGeek S.A.R.L., MG Freesites LTD, MindGeek USA Incorporated, MG Premium LTD, and MG Global Entertainment Inc.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

and designating as Local Counsel
Sadun, Benjamin   of   DECHERT LLP
*Designee's Name (Last Name First Name & Middle Initial)*   US Bank Tower, 633 West 5th Street,
287533   213-808-5721   213-808-5760   Los Angeles, CA 90071-2013
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
benjamin.sadun@dechert.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated   February 8, 2022   _____
Cormac J. Carney, U.S. District Judge

G-64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1