Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
Danielle A. D'Aquila
(admitted *pro hac vice*)
ddaquila@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10.<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**NOTICE OF SUPPLEMENTAL AUTHOIRTY**<br><br>Judge: Hon. Cormac J. Carney |

Plaintiffs submit this Notice of Supplemental Authority to bring to the Court's attention a recent decision that is relevant to this Court's consideration of the motions to dismiss that were filed by Defendants in this action. The decision, <u>Jane Doe #1 et al. v. MG Freesites, Ltd, d/b/a "Pornhub" et al.</u>, No. 7:21-cv-00220-LSC (N.D. Ala. Feb. 9, 2022), is attached hereto as <u>Exhibit 1</u>.

DATED: February 9, 2022

Respectfully submitted,
BROWN RUDNICK LLP

By: /s/ *Michael J. Bowe*
Michael J. Bowe (*pro hac vice*)
Lauren Tabaksblat (*pro hac vice*)

*Attorneys for Plaintiffs*