Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33, | CASE NO. 2:21-cv-4920-CJC-ADS |
| Plaintiffs, | **[PROPOSED] STIPULATION TO SET TIME TO FILE A FIRST AMENDED COMPLAINT** |
| v. | |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10. | Date: April 8, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |
| Defendants. | |

Plaintiff Serena Fleites, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., TrafficJunky Inc. (the "MindGeek Defendants"), Feras Antoon, David Tassillo, Bernd Bergmair, and Corey Urman (the "Individual Defendants"), and Visa Inc. (collectively "Defendants"), all by and through their counsel, hereby stipulate and agree as follows:

**WHEREAS**, on June 17, 2021, Plaintiff Serena Fleites, along with plaintiffs Jane Doe Nos. 1-33, filed the Complaint initiating this action; [Dkt. 1.]

**WHEREAS**, on October 22, 2021, the MindGeek Defendants filed a Motion to Sever and Dismiss Jane Doe Nos. 1-33 [Dkt. 75], which was joined by the Individual Defendants [Dkts. 76, 81, 82, 86] (the "Motions to Sever");

**WHEREAS**, on February 10, 2022, the Court granted the Motions to Sever, and ordered Plaintiff Serena Fleites file a First Amended Complaint on or before **Monday, March 14, 2022**; [Dkt. 119 at 19.]

**WHEREAS**, the Parties have met and conferred and respectfully seek a one-week extension of time for Plaintiff Serena Fleites to file a First Amended Complaint, and desire to set the modified deadline to file a First Amended Complaint on or before **Monday, March 21, 2022**;

**WHEREAS**, no party objects to, or will be prejudiced by, this short one-week extension of time;

**NOW THEREFORE**, the parties hereto hereby STIPULATE and AGREE that the deadline for Plaintiff Serena Fleites to file a First Amended Complaint shall be extended until **Monday, March 21, 2022**.

Dated: March 11, 2022

Respectfully submitted,

_/s Michael J. Bowe_
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

_/s Benjamin M. Sadun_
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

_/s Jonathan S. Sack_
JONATHAN S. SACK (*pro hac vice*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514

_/s Ronald G. White_
RONALD G. WHITE (*pro hac vice*)
rwhite@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Tel: (212) 468-8016
Fax: (212) 468-7900

1

*/s Jason Brown*

JASON BROWN (*pro hac vice*)

2

jbrown@cohengresser.com

3

COHEN & GRESSER LLP

800 Third Ave

4

New York, New York 10022

5

Tel: (212) 957-7609

6

*/s Evan Nadel*

7

EVAN NADEL (213230)

ENadel@mintz.com

8

MINTZ, LEVIN, COHN, FERRIS,

9

GLOVSKY AND POPEO, P.C.

666 Third Avenue,

10

New York, NY 10017

11

Tel: (212) 692-6821

12

*/s Drew Tulumello*

13

DREW TULUMELLO (196484)

drew.tulumello@weil.com

14

WEIL, GOTSHAL & MANGES LLP

15

2001 M Street NW, Suite 600

Washington, DC 20036

16

Tel: 202 682 7000

17

Fax: 202 857 0940

18

19

20

21

22

23

24

25

26

27

28