Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>  Plaintiffs,<br><br>  v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10.<br><br>  Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**PLAINTIFF'S NOTICE OF MOTION TO AMEND THE COMPLAINT TO ADD AND REMOVE DEFENDANTS**<br><br>Date: April 26, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE** that on April 26, 2022 at 1:30 p.m. or as soon thereafter as the matter by be heard, before the Honorable Cormac J. Carney in Courtroom 9B, located at 411 West Fourth Street, Santa Ana, CA, 92701-4516, Plaintiff Serena Fleites will and hereby does move to amend her Complaint (Dkt. 1) to file an Amended Complaint, adding and removing defendants pursuant to Federal Rules of Civil Procedure 15 and 21.  Specifically, Plaintiff moves to amend the Complaint to (i) remove Defendant TrafficJunky Inc. as a defendant, (ii) remove defendant RK Holdings USA Inc., (iii) add defendant 9219-1568 Quebec, Inc. (d/b/a MindGeek), and (iv) substitute Colbeck Capital Does 1-10 and Bergmair Does 1-10 with Colbeck Capital Does 1-5 and Bergmair Does 1-5 respectively.  The proposed Amended Complaint is attached to the Declaration of Lauren Tabaksbalt as Exhibit A, and a redline version of the proposed Amended Complaint compared to the Complaint is attached as Exhibit B.

      This Motion was made following a Local Rule 7-3 conference with counsel.

DATED:  March 21, 2022            Respectfully submitted,
                                               BROWN RUDNICK LLP

                                         By: */s/ Michael J. Bowe*
                                                  Michael J. Bowe (*pro hac vice*)
                                                  Lauren Tabaksblat (*pro hac vice*)

                                                  *Attorneys for Plaintiff*