BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**JOINT MOTION FOR ENTRY OF STIPULATION TO FILE AMENDED COMPLAINT, SET BRIEFING SCHEDULE, AND EXPAND PAGE LIMITS**<br><br>Date: May 2, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Plaintiff Serena Fleites by and through her counsel, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. (collectively "MindGeek Entities"), Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants"), all by and through their counsel jointly move for an Order entering the Proposed Stipulation to File Amended Complaint, Set Briefing Schedule, and Expand Page Limits (the "Stipulation"), enclosed herein as Exhibit A. In support of their motion, the Parties aver the following:

1. On March 21, 2022, Plaintiff Serena Fleites filed a Motion to Amend the Complaint to Add and Remove Defendants. That Motion is currently pending before the Court.

2. Plaintiff's proposed Amended Complaint seeks to add a new defendant, 9219-1568 Quebec, Inc. that is organized and has its principal place of business in Canada. Accordingly, 9219-1568 Quebec, Inc. has not yet been served in this case.

3. In the interest of judicial economy, and in order to relieve Plaintiff of the efforts required to comply with the Hague Service Convention, 9219-1568 Quebec, Inc. has agreed to waive service, reserving all defenses or objections to the lawsuit (including lack of personal jurisdiction), except as to service or the absence of service. Defendants have also agreed not to oppose Plaintiff's March 21, 2022 Motion to Amend.

4. Pursuant to Fed. R. Civ. P. 4(d)(3), the deadline for 9219-1568 Quebec, Inc. to answer or otherwise respond to Plaintiff's Amended Complaint would be ninety (90) days from when waiver is requested which cannot happen until the Complaint is docketed.

5. In order to avoid undue delay, avoid piecemeal briefing, and provide adequate time for the parties to brief these complex issues, the parties have agreed to a modified briefing schedule. The Stipulation would make all Defendants' deadline

to respond to the Amended Complaint May 23, 2022. (*See* Ex. A at 2). Plaintiffs' deadline to respond to any motion filed as to the Complaint would be June 24, 2022, and Defendants would be given until July 25, 2022 to submit any reply in support of such motion. (*Id.*). A hearing on Defendants' motions would be noticed for August 8, 2022. The Stipulation also expands the page limit for any motion submitted under Federal Rule of Civil Procedure 12 to fifty (50) pages. (*Id.*).

6. Good cause exists to grant the parties' jointly requested relief. Plaintiffs' Amended Complaint spans more than 170 pages and contains 534 numbered paragraphs. The Complaint also includes 17 separate counts. These claims implicate complex factual and legal issues under both federal and state law and warrant additional time and space for the parties to brief these issues.

7. Further, the Stipulation would prevent the confusion, delay, and judicial waste associated with piecemeal litigation. As stated above, absent this agreement 9219-1568 Quebec, Inc. would either need to be served through the Hague Service Convention or would have its deadline to respond to Plaintiff's Amended Complaint no earlier than some point in July 2022. Instead, the Stipulation would allow for contemporaneous briefing by all Defendants and afford a more efficient process for the Court to consider these issues. The requested relief is therefore in the interest of both the parties hereto and the Court.

**WHEREFORE**, the Parties respectfully request that this Court:

A. Grant this Joint Motion for Entry of Stipulation to File Amended Complaint, Set Briefing Schedule, and Expand Page Limits;

B. Enter the agreed-upon Proposed Stipulation as the operative scheduling order in this matter; and

C. Grant such other and further relief as justice and equity may require.

| | |
|---|---|
| DATED: APRIL 4, 2022 | RESPECTFULLY SUBMITTED,<br><br>/s/   *David M. Stein*<br>DAVID M. STEIN (198256)<br>dstein@brownrudnick.com<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA 92612<br>Phone: (949) 752-7100<br>Fax: (949) 252-1514<br><br>/s/   *Benjamin M. Sadun*<br>BENJAMIN M. SADUN (287533)<br>benjamin.sadun@dechert.com<br>DECHERT LLP<br>US Bank Tower, 633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071-2013<br>Phone: (213) 808-5721<br>Fax: (213) 808-5760<br><br>/s/   *Jonathan S. Sack*<br>JONATHAN S. SACK (*pro hac vice*)<br>Jsack@maglaw.com<br>MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC<br>565 Fifth Avenue<br>New York, NY. 10017<br>Phone: (212) 880 9410<br>Fax: (949) 252-1514<br><br>/s/   *Ronald G. White*<br>RONALD G. WHITE (*pro hac vice*)<br>rwhite@mofo.com<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Tel: (212) 468-8016<br>Fax: (212) 468-7900 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    /s/   *Jason Brown*
JASON BROWN (*pro hac vice*)
jbrown@cohengresser.com
COHEN & GRESSER LLP
800 Third Ave
New York, New York 10022
Tel: (212) 957-7609

    /s/   *Evan Nadel*
EVAN NADEL (213230)
ENadel@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
666 Third Avenue,
New York, NY 10017
Tel: (212) 692-6821

    /s/   *Drew Tulumello*
DREW TULUMELLO (196484)
drew.tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

1   ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

2   This certifies pursuant to local rule 5-4.3.4, that all signatories to this

3   document concur in its content and have authorized this filing.

   */s/ Benjamin M. Sadun*
   BENJAMIN M. SADUN