BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO FILE AMENDED COMPLAINT, SET BRIEFING SCHEDULE, AND EXPAND PAGE LIMITS**<br><br>Date: May 2, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

|    |    |
|----|----|
| 1  | The Joint Motion for Entry of Stipulation to File Amended Complaint, Set |
| 2  | Briefing Schedule, and Expand Page Limits ("Joint Motion"), was filed by Plaintiff |
| 3  | Serena Fleites, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA |
| 4  | Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. |
| 5  | (collectively "MindGeek Entities"), Bernd Bergmair, Feras Antoon, David Tassillo, |
| 6  | Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants") |
| 7  | by and through their counsel on April 4, 2022. Having considered all papers filed in |
| 8  | support of the Joint Motion, and all other pleadings and papers on file herein, **IT IS** |
| 9  | **HEREBY ORDERED** that the Joint Motion is **GRANTED** and the Proposed |
| 10 | Stipulation to File Amended Complaint, Set Briefing Schedule, and Expand Page |
| 11 | Limits is **APPROVED**. |
| 12 |    |
| 13 | **IT IS SO ORDERED.** |
| 14 |    |
| 15 | Dated: _____                             _____ |
| 16 |                                                    Honorable Cormac J. Carney |