**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 21-04920-CJC (ADSx)                                Date:  April 14, 2022

Title: SERENA FLEITES V. MINDGEEK S.A.R.L. *ET AL*.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Elsa Vargas for Rolls Royce Paschal                        N/A
     Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   None Present                                     None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S MOTION TO AMEND TO ADD AND REMOVE DEFENDANTS [DKT. 124] AND ENTERING JOINT STIPULATION TO EXTEND TIME TO FILE ANSWER AND TO EXCEED PAGE LIMITATIONS [Dkt. 127]**

        The Court, having considered Plaintiff Serena Fleites's unopposed Motion to Amend the Complaint and to Add and Remove Defendants (Dkt. 124), and having considered the written submissions, declarations and evidence of the parties, and the arguments of counsel in support of and in opposition to the motion, **GRANTS** Plaintiff's Motion.

        The Court also **APPROVES** the joint motion for entry of stipulation to File Amended Complaint, Set Briefing Schedule, and Expand Page Limits.  (Dkt. 127.)  The Court **ORDERS** the following:

        [1]  Defendants' deadline to respond to Plaintiff's Amended Complaint is **May 23, 2022**.

        [2]  Plaintiff's deadline to respond to any motion filed as to the Complaint is **June 24, 2022**.

        [3]  Defendants have until **July 25, 2022** to submit any reply in support of such motion.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 21-04920-CJC (ADSx)                    Date:  April 14, 2022
                                                                              Page 2

---

[4]  A hearing on Defendants' motions is set for **August 8, 2022 at 1:30 p.m**.

Page limits for any motion submitted under Federal Rule of Civil Procedure 12 is expanded to 50 pages.  *See* Local Rule 11-6.

Having read and considered the papers presented by the parties, the Court finds these matters appropriate for disposition without a hearing.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The hearings set for April 25, 2022 at 1:30 p.m. and for May 2, 2022 at 1:30 p.m. are **VACATED** and taken off calendar.

as
MINUTES FORM 11
CIV-GEN                                                        Initials of Deputy Clerk EVA/RRP