| | |
|---|---|
| Michael J. Bowe<br>(admitted *pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(admitted *pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone:   (212) 209-4800<br>Facsimile:   (212) 209-4801 | David M. Stein (# 198256)<br>dstein@brownrudnick.com<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, California  92612<br>Telephone:   (949) 752-7100<br>Facsimile:    (949) 252-1514 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>                          Plaintiff,<br><br>          v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5.<br><br>                          Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**NOTICE OF LODGING OF PROPOSED ORDER GRANTING PLAINTIFF'S' REQUEST FOR ISSUANCE OF SCHEDULING ORDER PURSUANT TO RULE 16(B)**<br><br>Date of Filing: 05/06/2022<br><br>Hon. Cormac J. Carney |

1  Pursuant to the email correspondence received from the Courtroom Deputy on
2  May 6, 2022 regarding a proposed order to accompany Plaintiff's Request of
3  Issuance of Scheduling Order pursuant to Rule 16(b) [Dkt. No. 129], and pursuant to
4  Local Rule 5-4.4.1, Plaintiffs hereby lodge the attached Proposed Order.

6  DATED: May 6, 2022              Respectfully submitted,
7                                  BROWN RUDNICK LLP

9                                  By: /s/ Michael J. Bowe
10                                     Michael J. Bowe
                                       (Admitted *Pro Hac Vice*)
12                                  *Attorneys for Plaintiff*