BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**JOINDER OF MINDGEEK DEFENDANTS IN OPPOSITION BY INDIVIDUAL DEFENDANTS BERND BERGMAIR, FERAS ANTOON, DAVID TASSILLO AND COREY URMAN TO PLAINTIFF'S REQUEST FOR ISSUANCE OF SCHEDULING ORDER** |

      Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively "MindGeek") hereby join in and adopt the arguments made in the Opposition by Individual Defendants Bernd Bergmair, Feras Antoon, David Tassillo, and Corey Urman (Dkt. # 133) to Plaintiff's Request for Issuance of Scheduling Order (Dkt. # 129). Further, MindGeek advises that it will be filing its own motion to dismiss.

      Therefore, MindGeek respectfully requests the Court deny Plaintiff's request for issuance of a scheduling order.

DATED: May 11, 2022         Respectfully submitted,

         /s/   *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
Kathleen.massey@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599
*Attorneys for Defendants*