# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES<br><br>        Plaintiff,<br>   v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5<br><br>        Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>Honorable Cormac J. Carney<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12 AS TO DEFENDANT DAVID TASSILLO**<br><br>**Date: August 8, 2022**<br>**Time: 1:30 p.m.**<br>**Courtroom: 9 B**<br>**Judge: Hon. Cormac J. Carney** |

**[PROPOSED] ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT AS TO MR. TASSILLO**

Defendant David Tassillo's Motion to Dismiss the Amended Complaint pursuant to Fed. R. Civ. R. 12(b)(2) and 12(b)(6) was heard on August 8, 2022, at 1:30 p.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion to Dismiss, oral arguments of counsel, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Defendant Tassillo's Motion is **GRANTED**.

Accordingly, Plaintiff's Amended Complaint is hereby **DISMISSED WITH PREJUDICE** with respect to Mr. Tassillo.

**IT IS SO ORDERED.**

DATED: _____

United States District Judge
The Honorable Cormac J. Carney