DREW TULUMELLO (#196484)
drew.tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorney for Visa Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>            Plaintiff,<br><br>     v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc. (d/b/a MindGeek); BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>            Defendants. | Case No. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**NOTICE OF VISA INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>Date: August 8, 2022<br>Time: 1:30 p.m. |

TO PLAINTIFF AND ATTORNEYS OF RECORD:

PEASE TAKE NOTICE that on August 8, 2022 at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Cormac J. Carney in Courtroom 9B, located at 411 West Fourth Street, Santa Ana, CA, 92701-4516, Defendant Visa Inc. ("Visa") will and hereby does move to dismiss Plaintiff's claims against Visa, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

Visa brings this motion on the grounds that: (i) Plaintiff lacks Article III standing as to Visa because Plaintiff's alleged injuries are not traceable to Visa; (ii) the Complaint does not state a claim for relief against Visa under the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. § 1595; (iii) the Complaint does not plausibly allege any Racketeer Influenced and Corrupt Organizations Act ("RICO") violations by Visa under 18 U.S.C. § 1962; (iv) the Complaint does not plausibly allege any conspiracy claim against Visa; (v) the Complaint does not plausibly allege any claims for relief under California state law; and (vi) dismissal with prejudice is warranted because amendment would be futile.

This motion is based upon this Notice of Motion, all other pleadings and papers on file herein, and such other argument and evidence as may be presented to the Court.

This motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on May 17, 2022.

Dated:  May 23, 2022                    RESPECTFULLY SUBMITTED,

                                        /s/ Drew Tulumello
                                        DREW TULUMELLO (#196484)
                                        drew.tulumello@weil.com
                                        WEIL, GOTSHAL & MANGES LLP
                                        2001 M Street NW, Suite 600
                                        Washington, DC 20036

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel: 202 682 7000
Fax: 202 857 0940

*Attorney for Defendant Visa Inc.*