1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-CV-04920-CJC-ADS |
| Plaintiff, | Judicial Officer: Cormac J. Carney<br>Courtroom: 9B |
| v. | |
| MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc. (d/b/a MindGeek); BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5, | **[PROPOSED] ORDER GRANTING VISA'S MOTION TO DISMISS**<br><br>Date: August 8, 2022<br>Time: 1:30 p.m. |
| Defendants. | |

Defendant Visa, Inc.'s Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Failure to State a Claim ("Visa's Motion to Dismiss") came before this Court for hearing on August 8, 2022. Having considered the papers and arguments of counsel submitted in connection with Visa's Motion to Dismiss, and finding good cause appearing, IT IS HEREBY ORDERED that:

Visa's Motion to Dismiss is GRANTED; and

Plaintiff's claims against Visa in their Complaint are DISMISSED WITH PREJUDICE.

Dated: _____    _____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE