1  BENJAMIN M. SADUN (287533)
2  benjamin.sadun@dechert.com
   DECHERT LLP
3  US Bank Tower, 633 West 5th Street,
4  Suite 4900
   Los Angeles, CA 90071-2013
5  Phone: (213) 808-5721; Fax: (213) 808-5760

6
   KATHLEEN N. MASSEY (*admitted pro hac vice*)
7  kathleen.massey@dechert.com
8  Three Bryant Park
   1095 Avenue of the Americas
9  New York, NY 10036
10 Phone: (212) 698-3500; Fax: (212) 698 3599

11 *Attorneys for Defendants*

12              UNITED STATES DISTRICT COURT
13            CENTRAL DISTRICT OF CALIFORNIA
                 SOUTHERN DIVISION
14
   SERENA FLEITES,                         CASE NO.  2:21-CV-04920-CJC-ADS
15
            Plaintiff,                      Judicial Officer:    Cormac J. Carney
16                                          Courtroom: 9B
         v.
17                                          **NOTICE OF MOTION AND
   MINDGEEK S.A.R.L.; MG                    MOTION TO DISMISS AMENDED
18 FREESITES, LTD; MINDGEEK USA             COMPLAINT FOR LACK OF
                                            PERSONAL JURISDICTION AND
19 INCORPORATED; MG PREMIUM                 FAILURE TO STATE A CLAIM**
   LTD.; MG GLOBAL
20 ENTERTAINMENT INC.; 9219-5618            Hearing:     August 8, 2022
21 QUEBEC INC.; BERND BERGMAIR;             Time:        1:30 p.m.
                                            Courtroom:  9B
   FERAS ANTOON; DAVID
22 TASSILLO; COREY URMAN; VISA
23 INC.; COLBECK CAPITAL DOES 1-
   5; BERGMAIR DOES 1-5
24
            Defendants.
25

26

27

28

1   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2       **PLEASE TAKE NOTICE THAT**, on August 8, 2022, at 1:30 p.m., or as

3   soon thereafter as the matter may be heard, in Courtroom 9B of the above-entitled

4   Court, located at 411 West 4th Street, Santa Ana, California 92701-4516, Defendants

5   MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG

6   Global Entertainment Inc., and 9219-5618 Quebec Inc. will and hereby do move the

7   Court for an order dismissing Plaintiff's First Amended Complaint (ECF No. 124)

8   for Lack of Jurisdiction and Failure to State a Claim.  This Motion is based upon this

9   Notice of Motion and Motion, the attached Memorandum of Points and Authorities,

10  Benjamin M. Sadun's Declaration, Andreas Alkiviades Andreou's Declaration, Jean

11  Rochette's Declaration, the pleadings and papers on file in this action, any argument

12  in connection with the Motion, and such further evidence or arguments as the Court

13  may consider. This Motion is made following the conference of counsel pursuant to

14  L.R. 7-3, which took place on May 17, 2021.  During that telephone conference,

15  Defendants' counsel discussed with Plaintiff's counsel Defendants' intention to file

16  this Motion and stated the grounds for doing so. Defendants understood from the

17  conference that Plaintiff does not consent to the relief sought.

18

19

20  DATED: MAY 23, 2022                    /S/    *BENJAMIN M. SADUN*

21                                         Benjamin M. Sadun (287533)
                                           Kathleen N. Massey (*pro hac vice*)
22

23                                         *Attorneys for MindGeek Defendants*

24

25

26

27

28