DocuSign Envelope ID: DD5C3101-0EA0-4A7D-881F-E70626FCB31A

BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>      Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC Inc.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>      Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**DECLARATION OF JEAN ROCHETTE IN SUPPORT OF THE MINDGEEK DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing:   August 8, 2022<br>Time:      1:30 p.m. |

CASE NO. 2:21-CV-04920
**DECLARATION IN SUPPORT OF MOTION TO DISMISS**

I, Jean Rochette, hereby declare as follows:

1. I am employed by 9219-1568 Quebec Inc. ("9219") as Vice President of Engineering Data & Infrastructure. In this role, I manage a team of approximately 50 staff members responsible for the digital infrastructure used by 9219 and its affiliates. I have been employed by 9219 since 2012.

2. Based on my experience and employment, I am familiar with the digital infrastructure and online operations of the MindGeek corporate entities named in Plaintiff's Amended Complaint – MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc. and 9219 (the "MindGeek corporate entities"). Almost every day since 2012, as part of my regular job responsibilities, I have dealt and continue to deal with issues involving the online presence and data management of these legal entities and their affiliates (collectively "MindGeek") in some capacity; and I have personal knowledge of the facts addressed below.

3. I am informed Plaintiff alleges that MG Freesites owns "servers containing a redundant library of pornographic content" that are allegedly "located in Waltham, Massachusetts as well as elsewhere in the United States …." Am. Compl. at ¶ 20. It is also my understanding that Plaintiff has asserted previously in this litigation that Defendants use servers in Waltham or elsewhere in the United States to store and transmit user-generated content ("UGC"), which I understand is at issue in this case. Neither allegation is accurate.

4. None of MindGeek S.à.r.l., MindGeek USA Inc. or MG Global Entertainment Inc. have owned or used any servers in the United States to store any pornographic videos or images at all, including UGC. To the extent MG Premium Ltd has leased or operated servers in the United States to store videos or images for the paysites it operates, MG Premium Ltd has not used the servers to store UGC.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

4  Date: May 23, 2022

*DocuSigned by:*
*Jean Rochette*
—82962FB1523C4DF...

5  Jean Rochette