Evan Nadel (SBN 213230)
enadel@mintz.com
Kathryn L. Ignash (SBN 299694)
klignash@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Chavkin (admitted *pro hac vice*)
pchavkin@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
666 Third Avenue
New York, NY 10017
Telephone: (212) 935 3000
Facsimile: (212) 983 3115

Attorneys for Specially Appearing Defendant,
COREY URMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**SPECIALLY-APPEARING DEFENDANT COREY URMAN'S NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Hearing Date: August 8, 2022<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

1

SPECIALLY-APPEARING DEFENDANT COREY URMAN'S NOTICE OF MOTION AND
MOTION TO DISMISS AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Monday, August 8, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Cormac J. Carney, in Courtroom 9 B of the Ronald Reagan Federal Building and United States Courthouse, located at 411 West Fourth, Santa Ana, California 92701-4516, Specially-Appearing Defendant Corey Urman ("Urman") will and does hereby specially appear to move to dismiss in its entirety the Amended Complaint filed by Serena Fleites.

This Motion is made pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(2) and 12(b)(6) as well as Local Rule 7-4.  Urman neither consents nor submits to the jurisdiction of this Court and appears for the limited purpose of contesting personal jurisdiction, but if the Court finds personal jurisdiction over Urman then he respectfully moves for dismissal on the ground that Plaintiff has failed to state a claim against him upon which relief can be granted.  This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 17, 2022.

This Motion is based on this Notice of Motion and Motion; accompanying Memorandum of Points and Authorities; the arguments in the motions to dismiss filed by the other defendants in this action, the pleadings and other records in the Court's file; and such other written and oral argument as may be presented to the Court.

Dated:  May 23, 2022                    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC


By  *s/Evan S. Nadel*
    Evan S. Nadel
    Peter A. Chavkin
    Kathryn L. Ignash

Attorneys for Specially Appearing Defendant COREY URMAN