# Exhibit A

Michael J. Bowe
(admitted pro hac vice)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted pro hac vice)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION FOR PLAINTIFF TO FILE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date: July 15, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1  The Joint Motion for Entry of Stipulation for Plaintiff to File an Omnibus
2  Opposition to Defendants' Motions to Dismiss ("Joint Motion"), was filed by
3  Plaintiff, Serena Fleites, and Defendants MindGeek S.à.r.l., MG Freesites Ltd,
4  MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-
5  1568 Quebec, Inc. (collectively "MindGeek Entities"), Bernd Bergmair, Feras
6  Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc.
7  (collectively "Defendants") by and through their counsel on June 22, 2022.  Having
8  considered all papers filed in support of the Joint Motion, and all other pleadings and
9  papers on file herein, **IT IS HEREBY ORDERED** that the Joint Motion is
10 **GRANTED** and the Proposed Stipulation for Plaintiff to File an Omnibus Opposition
11 to Defendants' Motions to Dismiss is **APPROVED**.

13    **IT IS SO ORDERED.**

15 Dated: _____                    _____
16                                              Honorable Cormac J. Carney