# Exhibit B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>  Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>  Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION FOR PLAINTIFF TO FILE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date: July 25, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Plaintiff, Serena Fleites, by and through her counsel, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. (collectively "MindGeek Entities"), Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants"), by and through their counsel, hereby stipulate and agree as follows:

**WHEREAS**, on June 21, 2022, counsel for Plaintiff contacted counsel for Defendants, indicating their intent to file a request with the Court for permission to file one consolidated omnibus opposition to the Defendants' Motions to Dismiss with a page limit of 85 pages;

**WHEREAS**, on June 21, 2022, counsel for the MindGeek Entities and the Individual Defendants indicated that they had no objections to the Plaintiff's request;

**WHEREAS**, on June 22, 2022, counsel for Visa, Inc. indicated that Visa, Inc.

1 | had no objections to the Plaintiff's request;

**WHEREAS**, no party objects to, or will be prejudiced by, the entry of this Stipulation;

**NOW THEREFORE**, the parties hereto hereby **STIPULATE** and **AGREE** that Plaintiff can file a consolidated omnibus opposition with a page limit of 85 pages to Defendants' Motions.

Dated: June 22, 2022

/s/   *Michael J. Bowe*
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

Dated: June 22, 2022

/s/   *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

Dated: June 22, 2022

/s/   *Jonathan S. Sack*
JONATHAN S. SACK (*pro hac vice*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514

Dated: June 22, 2022

/s/   *Ronald G. White*

|   |   |
|---|---|
| | RONALD G. WHITE (*pro hac vice*) |
| | rwhite@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 250 West 55th Street |
| | New York, New York 10019 |
| | Tel: (212) 468-8016 |
| | Fax: (212) 468-7900 |
| | |
| Dated: June 22, 2022 |   /s/  *Jason Brown* |
| | JASON BROWN (*pro hac vice*) |
| | jbrown@cohengresser.com |
| | COHEN & GRESSER LLP |
| | 800 Third Ave |
| | New York, New York 10022 |
| | Tel: (212) 957-7609 |
| | |
| Dated: June 22, 2022 |   /s/  *Evan Nadel* |
| | EVAN NADEL (213230) |
| | ENadel@mintz.com |
| | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| | 666 Third Avenue, |
| | New York, NY 10017 |
| | Tel: (212) 692-6821 |
| | |
| Dated: June 22, 2022 |   /s/  *Drew Tulumello* |
| | DREW TULUMELLO (196484) |
| | drew.tulumello@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| | 2001 M Street NW, Suite 600 |
| | Washington, DC 20036 |
| | Tel: 202 682 7000 |
| | Fax: 202 857 0940 |

Stipulation Approved: _____

Honorable Cormac J. Carney

Date: