1

2   Michael J. Bowe                          David M. Stein (#198256)
    (admitted pro hac vice)                  dstein@brownrudnick.com
3   mbowe@brownrudnick.com                   BROWN RUDNICK LLP
    Lauren Tabaksblat                        2211 Michelson Drive, 7th Floor
4   (admitted pro hac vice)                  Irvine, California 92612
    ltabaksblat@brownrudnick.com             Telephone:  (949) 752-7100
5   BROWN RUDNICK LLP                        Facsimile:   (949) 252-1514
    7 Times Square
6   New York, NY 10036
    Telephone:   (212) 209-4800
    Facsimile:    (212) 209-4801
7
    *Attorneys for Plaintiff*
8
                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
                           SOUTHERN DIVISION
10

11  SERENA FLEITES,                          CASE NO.  2:21-CV-04920-CJC-ADS

12            Plaintiff,                      Judicial Officer:    Cormac J. Carney
                                             Courtroom: 9B
13       v.
                                             **JOINT MOTION FOR ENTRY OF**
14  MINDGEEK S.A.R.L.; MG                    **STIPULATION TO EXTEND TIME**
    FREESITES, LTD; MINDGEEK USA
15  INCORPORATED; MG PREMIUM                 Date: August 8, 2022
    LTD.; MG GLOBAL                          Time: 1:30 p.m.
16  ENTERTAINMENT INC.; 9219-1568            Courtroom: 9B
    QUEBEC, INC.; BERND BERGMAIR;
17  FERAS ANTOON; DAVID                      *The parties hereto request that the Court*
    TASSILLO; COREY URMAN; VISA              *sign the included proposed order*
18  INC.; COLBECK CAPITAL DOES 1-            *without a hearing or further briefing.*
    5; BERGMAIR DOES 1-5
19
20
21            Defendants.

22

23

24

25

26

27

28
                                                    CASE NO. 21-CV-04920-CJC-ADS

                    **JOINT MOTION FOR ENTRY OF STIPULATION**

1    Plaintiff, Serena Fleites, by and through her counsel, and Defendants

2    MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG

3    Global Entertainment Inc., and 9219-1568 Quebec, Inc. (collectively "MindGeek

4    Entities"), Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants")

5    and Visa Inc. (collectively "Defendants"), all by and through their counsel jointly

6    move for an Order entering the Proposed Stipulation to Extend Time, enclosed herein

7    as Exhibit A.[1]  In support of their motion, the Parties aver the following:

8        1.    On April 4, 2022, the Parties submitted a Joint Motion to extend the time

9    for responding to Plaintiff's First Amended Complaint and setting a briefing schedule

10   for any motions to dismiss filed by Defendants (Dkt. 127).

11       2.    On April 14, 2022, the Court approved the Parties' proposed briefing

12   schedule, which established Defendants' deadline to respond to Plaintiff's amended

13   complaint as May 23, 2022, Plaintiff's response to any motion filed as to the amended

14   complaint as June 24, 2022, and Defendants' reply in support of any such motion as

15   July 25, 2022 (Dkt. 128).

16       3.    On May 23, 2022, motions to dismiss were filed by Defendant Bergmair

17   (Dkt. 135); Defendant Tassillo (Dkt. 136); Defendant Antoon (Dkt. 137); Visa (Dkt.

18   138-1); the MindGeek Entities (Dkt. 139-1); and Defendant Urman (Dkt. 140-1).

19       4.    Pursuant to the Court's scheduling order, Plaintiff's response to that

20   motion is due on June 24, 2022.

21       5.    Plaintiff respectfully requests a brief extension of time of one business

22   day for her to oppose Defendants' motions to dismiss.  Plaintiff's new deadline to

23   oppose such motions would be June 27, 2022.  The Defendants have no objection to

24   this request and do not request at this time an extension of time to file their replies in

25

26   [1] Defendant Bernd Bergmair has indicated, through counsel, that he does not oppose
     the extension requested herein by Plaintiff, but, because Plaintiff has not received as
27   of the time of this filing authorization from Defendant Bergmair to file this Joint
     Motion on his behalf, Defendant Bergmair is not included as a party to this Joint
28   Motion or the accompanying stipulation.

1    support of their motions, which will remain due on July 25, 2022.

2        6.    The Parties do not request any alteration to the August 8, 2022, date for

3    oral argument.

4        7.    Good cause exists to grant the requested relief.  The MindGeek Entities,

5    the Individual Defendants, and Visa have all filed separate motions to dismiss,

6    spanning more than 200 pages.  While Plaintiff has worked diligently in preparing her

7    opposition, Plaintiff believes the modified schedule will enable her to better and more

8    clearly present her arguments to the Court.   Plaintiff is preparing an omnibus

9    opposition to six (6) separate motions to dismiss and the request for a short extension

10   of time to compile the brief will not prejudice Defendants or cause undue delay.

11   Defendants have agreed to Plaintiff's request for extension and all Parties now move

12   for this requested extension of time.

13       **WHEREFORE**, the Parties respectfully request that this Court:

14       A. Grant this Unopposed Joint Motion for Entry of Stipulation to Extend

15           Time;

16       B. Enter the agreed-upon Proposed Stipulation; and

17       C. Grant such other and further relief as justice and equity may require.

18

19   DATED: JUNE 23, 2022              RESPECTFULLY SUBMITTED,

20                                  /s/    *Michael J. Bowe*
                                   _____
21                                  MICHAEL J. BOWE (*pro hac vice*)
                                   mbowe@brownrudnick.com
22                                  BROWN RUDNICK LLP
                                   7 Times Square
23                                  New York, NY 10036
                                   Phone: (212) 209-4800
24                                  Fax: (212) 209-4801

25

26                                  /s/    *Benjamin M. Sadun*
                                   _____
27                                  BENJAMIN M. SADUN (287533)
                                   benjamin.sadun@dechert.com
28                                  DECHERT LLP

**JOINT MOTION FOR ENTRY OF STIPULATION**

1   US Bank Tower, 633 West 5th Street,
2   Suite 4900
    Los Angeles, CA 90071-2013
3   Phone: (213) 808-5721
4   Fax: (213) 808-5760

5

6       /s/    *Jonathan S. Sack*
    JONATHAN S. SACK (*pro hac vice*)
7   Jsack@maglaw.com
8   MORVILLO ABRAMOWITZ
    GRAND IASON & ANELLO PC
9   565 Fifth Avenue
10  New York, NY. 10017
    Phone: (212) 880 9410
11  Fax: (949) 252-1514

12

13
        /s/    *Jason Brown*
14  JASON BROWN (*pro hac vice*)
15  jbrown@cohengresser.com
    COHEN & GRESSER LLP
16  800 Third Ave
17  New York, New York 10022
    Tel: (212) 957-7609
18

19      /s/    *Evan Nadel*
20  EVAN NADEL (213230)
    ENadel@mintz.com
21  MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY AND POPEO, P.C.
22  666 Third Avenue,
23  New York, NY 10017
    Tel: (212) 692-6821
24

25      /s/    *Drew Tulumello*
    DREW TULUMELLO (196484)
26  drew.tulumello@weil.com
27  WEIL, GOTSHAL & MANGES LLP
    2001 M Street NW, Suite 600
28  Washington, DC 20036

                            3                    CASE NO. 21-CV-04920-CJC-ADS
                    **JOINT MOTION FOR ENTRY OF STIPULATION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Tel: 202 682 7000
Fax: 202 857 0940

4

**JOINT MOTION FOR ENTRY OF STIPULATION**

1  ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

2  This certifies pursuant to local rule 5-4.3.4, that all signatories to this

3  document concur in its content and have authorized this filing.

4                                    */s/ Michael J. Bowe*
5                                    MICHAEL J. BOWE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28