# Exhibit B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION TO EXTEND TIME**<br><br>Date: August 8, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

　　　Plaintiff, Serena Fleites, by and through her counsel, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. (collectively "MindGeek Entities"), Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants"), by and through their counsel,[1] hereby stipulate and agree as follows:

　　　**WHEREAS**, Plaintiff's First Amended Complaint in *Serena Fleites v. MindGeek S.à.r.l., et al.*, Case No. 2:21-cv-04920-CJC-ADS, was filed in the United States District Court, Central District of California on March 21, 2022 (Dkt. 124-3);

---

[1] Defendant Bernd Bergmair has indicated, through counsel, that he does not oppose the extension requested herein by Plaintiff, but, because Plaintiff has not received as of the time of this filing authorization from Defendant Bergmair to file this Stipulation on his behalf, Defendant Bergmair is not included as a party to this Stipulation.

**WHEREAS**, the Court granted Parties' joint request and entered a stipulated schedule setting the following deadlines on April 14, 2022 (Dkt. 128):

- Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before **May 23, 2022**,
- Plaintiffs must respond to any motion filed as to the Complaint on or before **June 24, 2022**,
- Defendants must submit any reply in support of such motion on or before **July 25, 2022** (Dkt. 127-2);

**WHEREAS**, on May 23, 2022, motions to dismiss were filed by Defendant Bergmair (Dkt. 135); Defendant Tassillo (Dkt. 136); Defendant Antoon (Dkt. 137); Visa (Dkt. 138-1); the MindGeek Entities (Dkt. 139-1); and Defendant Urman (Dkt. 140-1);

**WHEREAS**, the Parties have met and conferred and desire to set the following modified deadlines:

- Plaintiff must respond to Defendants' motions to dismiss on or before **June 27, 2022**,

**WHEREAS**, on June 23, 2022, counsel for the MindGeek Entities, the Individual Defendants, and Visa indicated that they had no objections to the Plaintiff's request;

**WHEREAS**, no party objects to, or will be prejudiced by, the entry of this Stipulation or the modification of the deadline;

**NOW THEREFORE**, the parties hereto hereby **STIPULATE** and **AGREE** to the following schedule:

- Plaintiff must respond to Defendants' motions to dismiss on or before **June 27, 2022**;
- Defendants must submit any reply in support of their motions on or before **July 25, 2022**;
- Oral argument regarding such motions on **August 8, 2022** or a date

thereafter that is amenable to the Court and the Parties.

Dated: June 23, 2022

/s/   *Michael J. Bowe*
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

Dated: June 23, 2022

/s/   *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

Dated: June 23, 2022

/s/   *Jonathan S. Sack*
JONATHAN S. SACK (*pro hac vice*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514

Dated: June 23, 2022

/s/   *Jason Brown*
JASON BROWN (*pro hac vice*)
jbrown@cohengresser.com
COHEN & GRESSER LLP
800 Third Ave
New York, New York 10022
Tel: (212) 957-7609

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 23, 2022 | /s/  *Evan Nadel* |
| 3 | | EVAN NADEL (213230) |
| | | ENadel@mintz.com |
| 4 | | MINTZ, LEVIN, COHN, FERRIS, |
| 5 | | GLOVSKY AND POPEO, P.C. |
| | | 666 Third Avenue, |
| 6 | | New York, NY 10017 |
| 7 | | Tel: (212) 692-6821 |
| 8 | Dated: June 23, 2022 | /s/  *Drew Tulumello* |
| 9 | | DREW TULUMELLO (196484) |
| | | drew.tulumello@weil.com |
| 10 | | WEIL, GOTSHAL & MANGES LLP |
| 11 | | 2001 M Street NW, Suite 600 |
| | | Washington, DC 20036 |
| 12 | | Tel: 202 682 7000 |
| 13 | | Fax: 202 857 0940 |

Stipulation Approved: _____

Honorable Cormac J. Carney

Date: